# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
STEVENS VAN LINES, INC., *et al.*, *
*Plaintiffs*, * Case No. 05-1278C
v. * Senior Judge Smith
THE UNITED STATES, * Filed: February 28, 2005
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **SCHEDULES** a telephone status conference for Monday, March 6, 2006 at 3:30 p.m. EST.

**IT IS SO ORDERED**.

s/ Loren A. Smith
Loren A. Smith
Senior Judge