# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |
| STEVENS VAN LINES, INC., *et al.*, * | |
| *Plaintiffs*, * | Case No. 05-1278C |
| v. * | Senior Judge Smith |
| THE UNITED STATES, * | Filed: March 6, 2006 |
| *Defendant*. * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

**ORDER**

The Court hereby **RESCHEDULES** the telephone status conference previously scheduled for Monday, March 6, 2006 at 3:30 p.m. EST to Tuesday, March 7, 2006 at 4:30 p.m. EST.

**IT IS SO ORDERED**.

s/ Loren A. Smith
Loren A. Smith
Senior Judge