# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
STEVENS VAN LINES, INC., *et al.*, *
*Plaintiffs*, * Case No. 05-1278C
v. * Senior Judge Smith
THE UNITED STATES, * Filed: March 10, 2006
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the telephone status conference held on March 7, 2006, the Court **GRANTS** the Defendant's Unopposed Motion to Consolidate and Motion for an Enlargement of Time. The Defendant also requested that its motion be considered a motion to file out of time. The Court **GRANTS** the Motion to File out of Time.

The Court hereby **CONSOLIDATES** case numbers 05-1278C, 05-1285C, 05-1286C, 05-1287C, 05-1288C, 05-1317C, 05-1318C, 05-1319C, 05-1320C, 05-1321C, 05-1322C, 05-1323C, 05-1324C, 05-1325C, 05-1326C, 05-1327C, 05-1328C, 05-1331C, 05-1332C, 05-1356C, 05-1357C, 06-182C, 06-184C, and 06-185C for all purposes.[1] Case number 05-1278C shall be the lead case.

The Defendant's response to the consolidated complaint shall be filed on or before March 31, 2006. The Court **SCHEDULES** a telephone status conference for Thursday, April 13, 2006 at 3:00 p.m. EDT.

**IT IS SO ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE

[1] Although the motion to consolidate only includes the cases up to 05-1357C, during the telephone conference on March 7, 2006 the parties indicated their desire to include cases 06-182C, 06-184C, and 06-185C, which were filed on March 7, 2006.