IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STEVENS VAN LINES, INC., ET AL., Plaintiff, | |
| v. | No. 05-1278C (Judge Smith) |
| THE UNITED STATES, Defendant. | |

DEFENDANT'S ANSWER

For its answer to the complaint, defendant admits, denies, and alleges as follows:

1. The allegations contained in paragraph 1 are conclusions of law and plaintiff's characterization of its action to which no response is required; to the extent that they may be deemed allegations of fact, they are admitted.

2-11. Denies the allegations contained in paragraph 2-11, and with regard to all of the individual plaintiffs in this consolidated case, for lack of knowledge or information sufficient to form a belief as to its truth.

12. Admits.

13. Denies.

14. Admits the allegations contained in paragraph 14 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 14.

15. Admits the allegations contained in paragraph 15 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 15.

16. Admits.

17. Admits the allegations contained in paragraph 17 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 17.

18. Admits the allegations contained in paragraph 18 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 18.

19. Admits the allegations contained in paragraph 19 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 19.

20. Admits the allegations contained in paragraph 20 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 20.

21. Admits the allegations contained in paragraph 21 to the extent supported by the document cited, which is the best

evidence of its contents; otherwise denies the allegations contained in paragraph 21.

22. Denies the allegations contained in the first and second sentences of paragraph 22 for lack of sufficient information to form a belief as to their truth. Denies the allegations contained in the third sentence of paragraph 22.

23. The allegations contained in paragraph 7 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied for lack of knowledge or information sufficient to form a belief as to its truth.

24. Admits the allegations contained in paragraph 24 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 24.

25. Denies.

26. The allegations contained in paragraph 26 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

27. Admits the allegations contained in paragraph 27 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 27.

28. The allegations contained in paragraph 28 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are admitted to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 28.

29. The allegations contained in paragraph 29 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

30. Defendant incorporates the responses set forth in paragraphs 1-29 above.

31. The allegations contained in paragraph 31 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

32. The allegations contained in paragraph 32 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

33. The allegations contained in paragraph 33 are characterizations of plaintiff's case and/or conclusions of law

to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

34. Defendant incorporates the responses set forth in paragraphs 1-29 above.

35. The allegations contained in paragraph 7 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are admitted to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 35.

36. Admits the allegations contained in paragraph 36 to the extent supported by the documents cited, which are the best evidence of their contents; otherwise denies the allegations contained in paragraph 36.

37. The allegations contained in paragraph 37 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

38. Defendant incorporates the responses set forth in paragraphs 1-29 above.

39. The allegations contained in paragraph 39 are characterizations of plaintiff's case and/or conclusions of law

to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

40. The allegations contained in paragraph 40 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

41. Defendant incorporates the responses set forth in paragraphs 1-29 above.

42. Admits the allegations contained in paragraph 42 to the extent supported by the document cited, which is the best evidence of its contents; otherwise denies the allegations contained in paragraph 42.

43. The allegations contained in paragraph 43 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

44. The allegations contained in paragraph 44 are characterizations of plaintiff's case and/or conclusions of law to which no response is required; to the extent that they may be deemed allegations of fact, they are denied.

45. Denies that plaintiff is entitled to the relief requested in its prayers for relief, or to any relief whatsoever.

46. Denies each and every allegation not previously admitted or otherwise qualified.

WHEREFORE, defendant requests that plaintiff's complaint be dismissed and that defendant be granted such other and further relief as the Court may deem just and proper.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

March 30, 2006

CERTIFICATE OF FILING

I hereby certify that on March 30, 2006, a copy of foregoing "DEFENDANT'S ANSWER" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith