# In the United States Court of Federal Claims

| | |
|---|---|
| STEVENS VAN LINES, INC., *et al.*, | |
| *Plaintiffs*, | Case No. 05-1278C |
| v. | Senior Judge Smith |
| THE UNITED STATES, | Filed: April 17, 2006 |
| *Defendant*. | |

**ORDER**

The Court hereby **SCHEDULES** a telephone status conference for Tuesday, June 13, 2006 at 3:00 p.m. EDT to update the Court on the potential for settlement and to schedule oral argument on the Motion for Summary Judgment.

Pursuant to the status conference held on April 13, 2006, the Court sets the following briefing schedule for summary judgment motions in accordance with the Rules of the Court. The Plaintiffs' RCFC 56 Motion shall be filed on or before May 15, 2006; the Defendant's Response, including any cross-motion, shall be filed on or before June 12, 2006; the Plaintiffs' Reply shall be filed on or before June 26, 2006; and, in the event the Defendant files a cross-motion, Defendant's Reply shall be filed on or before July 10, 2006.

**IT IS SO ORDERED**.

s/ Loren A. Smith
Loren A. Smith
Senior Judge