# In the United States Court of Federal Claims

| | | |
|---|---|---|
| STEVENS VAN LINES, INC., *et al.*, | | |
| *Plaintiffs,* | | Case No. 05-1278C |
| v. | | Senior Judge Smith |
| THE UNITED STATES, | | Filed: April 18, 2006 |
| *Defendant*. | | |

**ORDER**

The Court hereby modifies the briefing schedule for summary judgment motions set forth in the April 17 Order.

The Plaintiffs' RCFC 56 Motion shall be filed on or before May 15, 2006 and the Defendant's Response, including any cross-motion, shall be filed on or before June 12, 2006. If the Defendant does not file a cross-motion, the Plaintiff's Reply shall be filed on or before June 26, 2006. If the Defendant does file a cross-motion, the Plaintiff's Reply shall be filed on or before July 10, 2006 and the Defendant's Response shall be filed on or before July 24, 2006.

**IT IS SO ORDERED**.

s/ Loren A. Smith
Loren A. Smith
Senior Judge