# DECLARATION OF MARGARET WILKEN

My name is Margaret (Peggy) Wilken. I am Vice President of Government Traffic for Steven Van Lines, Inc. and its affiliated companies, which are plaintiffs in this proceeding. I have held that position since 1984. In that capacity, I have become thoroughly familiar with the solicitations issued under the current program, with Families First Phase I and with the proposed Families First Phase II procurement.

I believe it is most unfair for SDDC to have consistently advised participants that they would be reimbursed for the PowerTrack fee until Phase II of Families First becomes effective and then reverse that advice months after the rate filings had been made. If I had known that we would not be reimbursed for the PowerTrack fee, I would have at least attempted to reflect that cost in the rates which I filed on behalf of Steven Van Lines and its affiliated companies in DW05.

I relied upon both verbal and written notification from SDDC that the PowerTrack fee would be reimbursed until implementation of Phase II and DPS rollout. The written notification was contained both in specific emails and in a posting to the Families First Phase I Frequently Asked Questions (FAQ) Website in August of 2005. The latter stated: *"How long will the government reimburse the Carriers the 1% PowerTrack fee? The TSP 1% reimbursement fee will continue for all TSP's participating in Phase I until DPS rolls out in February 2006. Please*

*note that all TSP's must factor this into their rates for DPS so that when it does roll out, they will receive compensation. However for now and during the remaining time of Phase I, TSP's will bill the 1% fee the same way they are now. Reimbursement for the 1% fee will cease when DPS rolls out."*

On August 26, 2005, I wrote an email to guide the involved Stevens personnel, to which I appended an SDDC document posted on its Website entitled "Families First Phase I FAQ [Frequently Asked Questions] UPDATED August 2005 PROGRAM MANAGEMENT". I attach to my statement the first two pages of my email, as well as the first page of the SDDC document which contain the relevant information: (1) that the PowerTrack fee would continue to be reimbursed for the entire period Phase I of PowerTrack remained in effect and (2) that in order to bill by PowerTrack both the origin and destination military installations must be participants in PowerTrack. (Att. No. 1).

When my company was making its rate filing decisions, particularly in the me-too cycle we needed to know if the PowerTrack fee would continue to be reimbursed, since that is the actual rate we have to contend with for traffic movement. Even if we had been able to account for the cost of the PowerTrack fee when we made our initial filing, the me-too filing is the point at which a TSP has to make its most significant decisions about profitability of the rate level and revenue distribution to participants involved in any shipment.

I was concerned about the fact that we had many verbal declarations that the PowerTrack fee would continue to be reimbursed but nothing was in writing. The verbal declarations happened at various meetings held over the prior several months. I approached AMSA and asked them if they had anything in writing on the issue. AMSA then approached SDDC (George Thomas), who told them that it for sure would continue to be reimbursed. I personally pressed further for something in writing and Mr. Thomas finally issued an email that confirmed the reimbursement until DPS rolls out in February 06. Mr. Thomas even made the unsolicited comment: *"Don't know how many times I will have to answer this question but here goes . . ."* The implication of that comment is that he had told us verbally many times that the fee would continue to be reimbursed and he was SDDC's spokesperson on the issue.

Although SDDC's position is that TSPs should have reflected the cost of PowerTrack fee in these bid rates, I note that the DW05 solicitation was not amended to require billing by PowerTrack until change 3, issued November 30, 2005, after the rate filing. (Att. No. 2). Further, inclusion of the PowerTrack fee in the DW05 rates was not reasonably possible. First, the DW05 rates are determined by the origin and destination of the shipment and by the code of service, i.e. Codes 1 and 2. Code 1 covers the movement of household goods loose in vans while Code 2 covers the movement of household goods in specially-designed containers. Neither of these rates can be varied by virtue of the military service involved. Since at the

time we submitted our bids in DW05, the shipments tendered by Air Force members could not be billed by PowerTrack, and this is still the case, it would have been most unfair had I increased our rates which would be charged Air Force shipments to include the PowerTrack fee when we did not bill those shipments by PowerTrack. Also, at the time of the DW05 solicitation, the military bases listed on the attachment were not PowerTrack-certified and therefore could not be billed in the PowerTrack system. (Att. No. 3)

Further, SDDC established a cap on bid rates for both Codes 1 and 2 in DW05 and this cap was not increased to cover the cost of the PowerTrack fee. As a result, I could not reflect the PowerTrack fee in a number of rates filed. For DS05, the domestic low Code 1 rates for many bases were at or near the rate cap of 202% (42 out of 104 PPSOs already had a low Code 1 rate of 200%). For DW05 there were 47 bases at or near (within 3 points) the rate cap that could be me-tooed.

Lastly, there are a number of accessorial services which a TSP must provide in DW05 the charges for which are fixed and therefore could not be increased to reflect the PowerTrack fee although they are subject to the PowerTrack fee charge. These include destination SIT, valuation and others as set forth in Item 430 of DW05 (D-10). (Att. No. 4).

I attended many of the meetings and participated in conference calls scheduled by SDDC to discuss Families First and the PowerTrack fee and not until

October 20, 2005, months after my DW05 rates had been submitted, was I advised that we would not receive reimbursement for the PowerTrack fee.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Margaret Wilken

Dated this 19th day of April 2006 at Saginaw, Michigan.

Att. No. 1
page 1 of 3

Subj: **FW: Phase I Families First--PowerTrack/CWA**
Date: 4/11/2006 5:32:25 PM Eastern Daylight Time
From: wilken@stevensworldwide.com
To: awohlstetter@aol.com

FYI

-----Original Message-----
From: Peg Wilken [mailto:wilken@stevensworldwide.com]
Sent: Friday, August 26, 2005 11:13 AM
To: Bonnie Deneen (E-mail); Kathy Krumenaker (E-mail)
Cc: Patricia Moliterno (E-mail)
Subject: Phase I Families First--PowerTrack/CWA

Please refer to this link for important information about Families First. http://www.sddc.army.mil/frontDoor/0,1865,OID=4--7319-11798-857-11799,00.htm . This link documents the fact that SDDC will reimburse us for the PowerTrack fee until Phase II of Families First is implemented. Please make sure we keep a copy of this somewhere in case this is ever disputed.

Also note that they indicate we must keep hard copy billing documentation for 7 years for possible audit. Please assure that we comply.

PROGRAM MANAGEMENT

What is Phase I of the Families First Program?
Phase I is the first step in the move towards the reengineered Personal Property program, to improve the electronic billing and payment process in the current program. The goal of Phase I is to implement PowerTrack and the Central Web Application (CWA) at every Personal Property Shipping Office (PPSO) and commercial Transportation Service Provider (TSP)

PowerTrack is U.S. Bank's web-based, commercial business-to-business payment system that will be used for payment of Transportation Service Provider (TSP) invoices. CWA is a web-based Government system, developed by SDDC, that will be used for reviewing and approving services online, and for costing shipments.

How long will the government reimburse the Carriers the 1% PowerTrack fee?
The TSP 1% reimbursement fee will continue for all TSPs participating in Phase I until DPS rolls out in February 2006. Please note that all TSPs must factor this into their rates for DPS so that when it does roll out, they will receive compensation. However for now and during the remaining time of Phase I, TSP's will bill the 1% fee the same way they are now. Reimbursement for the 1% fee will cease when DPS rolls out.

44

Who is required to participate in Phase I?
All Service and USCG installations, and all volunteer TSPs can participate in Phase I.

What is the timeline for implementing Phase I?
Prior to implementing Phase I at all Service and Coast Guard installations, there was an initial rollout of PowerTrack and CWA that began on March 29, 2004.

Who are the participating PPSO's / TSP's?
Please refer to the SDDC web site for the most up to date information.

www.sddc.army.mil <http://www.sddc.army.mil>

- Personal Property / POV ( Link at Top Right)
- Programs / Families First (Link at Left side of page)
- Phase I Program Updates
- Participating Shipper Sites OR Participating TSP's

How is a Phase I shipment defined?
Only shipments that meet the following 3 criteria will be processed through CWA / PowerTrack:

- Origin and Destination must both be participating PPSO in the program
- The selected TSP has volunteered to participate in Phase I
- Meets the Phase I shipment criteria. For example, NTS shipments will not be part of the Phase I. TOPS will be loaded with all of the information, so that a PPSO will not have to know the criteria in advance.

o Note on NTS shipments: Shipments to NTS will not be part of Phase I, however shipments coming out of NTS will be eligible for Phase I.

Any shipment that does not meet these three criteria will be processed through the current program. Therefore, as more PPSO's and TSP's are added the volume through Families First will increase as well.

Where can I find the reference materials for CWA and PowerTrack?
General SDDC questions and all Families First reference materials are on the SDDC website at:

<http://www.sddc.army.mil/>

- Click on Personal Property / POV
- Click on Programs / Families First

o Phase I

What elements of the current program will remain the same under Phase I?
The following elements of the current program will remain the same under

- The selected TSP has volunteered to participate in Phase I
- Meets the Phase I shipment criteria. For example, NTS shipments will not be part of the Phase I. TOPS will be loaded with all of the information, so that a PPSO will not have to know the criteria in advance.
  - Note on NTS shipments: Shipments to NTS will not be part of Phase I, however shipments coming out of NTS will be eligible for Phase I.

Any shipment that does not meet these three criteria will be processed through the current program. Therefore, as more PPSO's and TSP's are added the volume through Families First will increase as well.

**Where can I find the reference materials for CWA and PowerTrack?**
General SDDC questions and all Families First reference materials are on the SDDC website at:

http://www.sddc.army.mil/
- Click on Personal Property / POV
- Click on Programs / Families First
  - Phase I

**What elements of the current program will remain the same under Phase I?**
The following elements of the current program will remain the same under Phase I:
- Use of the Military Rate Tender (MRT)
- Move Counseling by PPSO
- Use of TOPS
- TSP Selection and Booking

**What type of shipments will be processed during Phase I?**
Phase I will include all Service and Coast Guard Sites for Codes 1-8, T, and J shipments. With Code 5, T, and J shipments, the portion transported by the TSP will be paid by PowerTrack, while the portion transported by AMC/MSC will be paid as it is today in the current Personal Property program.

Any shipment that moves on a BL or PPGBL will be part of Phase I, with the exception of:

- Non-Temporary Storage
- Shipments moved under local contracts (e.g., delivery out of SIT after conversion to customer expense)
- Direct Procurement Method
- Personally Procured Moves
- Special Solicitations (e.g., shipments to Kuwait, Cairo, Thailand, etc.)
- Shipments moved under Privately Owned Vehicle (POV) contracts

Surface Deployment and Distribution Command (SDDC)

Doing Business with SDDC
Families First
Contact the Webmaster
Access ETA System

Global Cargo Distribution
Passenger
Personal Property / POV
Transportation Groups

Home Press Releases What's New Jobs Contact Us Search: Go

Att. No. 2
page 1 of 2

## WHAT'S NEW - Personal Property

| CONTENT TITLE | CREATED DATE |
|---|---|
| Change 2>IW05 | 12/20/2005 |
| I-16>IS06 | 12/20/2005 |
| Change 1>IS06 | 12/20/2005 |
| Training Schedule | 12/16/2005 |
| CONOPS Phase I V9 | 12/9/2005 |
| CONOPS IAS | 12/9/2005 |
| CONOPS Automated Backend | 12/9/2005 |
| CONOPS Phase I V8 | 12/9/2005 |
| EDI 859 SDF | 12/9/2005 |
| DS06 Sch Chg 1 | 12/8/2005 |
| DS06 Sch - Chg 2 | 12/8/2005 |
| Prompt Payment Procedures | 12/7/2005 |
| Weight Estimator | 12/6/2005 |
| Counseling - Draft | 12/5/2005 |
| Shipment Management - Draft | 12/5/2005 |
| Liability Claims - Draft | 12/5/2005 |
| Rate Filing - Draft | 12/5/2005 |
| Transportation Service Provider (TSP) Qualifications - Draft | 12/5/2005 |
| Customer Satisfaction Survey (CSS) - Draft | 12/5/2005 |
| Best Value Score (BVS) - Draft | 12/5/2005 |
| Change3 - DW05 | 11/30/2005 |
| TMA 0205 | 11/30/2005 |
| TOS 6 EFF 1APR06 | 11/25/2005 |
| DS06 Original | 11/22/2005 |
| Act of God Hurricane Msg | 11/22/2005 |
| Info-Gram 11 Shipment Planning Management and Distribution | 11/21/2005 |
| Hurricane Wilma Guidance and Declaration of Act of God for Hurricane Katrina | 11/21/2005 |

This Site is best viewed with Internet Explorer 5.5 or above.

Webmaster(s): Earl Washington, Richard Warner

Satisfaction Survey Disclaimer Security Warning

Appendix 3A, Billing Procedures/Instructions. Updated the billing instructions for TSPs to submit all invoices for transportation charges through US Bank's PowerTrack for payment.

Appendix 4E, Pickup or Delivery Transportation Rates Applying on SIT Shipments. Provided a new note (Note 6) granting TSPs the right to bill at the GBL rate for shipments delivered out of SIT at distances greater than 200 miles, provided that the destination is outside of the original destination rate area.

Att. No. 3

MILITARY BASES NOT LISTED AS POWERTRACK-CERTIFIED

| | |
|---|---|
| Army | Fort Detrick, MD |
| Army | Fort Polk, LA |
| Army | Red River Army Depot, TX |
| Army | Fort McPherson, GA |
| Army | Fort Stewart, GA |
| Army | Fort Irwin, CA |
| Army | White Sands Missile Range, NM |
| Army | Fort Bliss, TX |
| Army | Fort Lee, VA |
| Navy | Naval Air Station Key West, FL |
| Navy | NBVC Port Hueneme, CA |
| Navy | FISC, Seal Beach Detachment, CA |
| Navy | Naval Submarine Base, Groton, CT |
| Navy | EL Centro Naval Air Facility |
| Navy | CPPSO Charleston, SC |
| Navy | Naval Air Station Patuxent River, MD |
| Navy | Naval Postgraduate School Monterey, CA |
| Navy | Naval Air Station Joint Reserve Base, LA |
| Navy | Naval Air WPNS Station, China Lake, CA |

Att. No. 4
page 1 of 2
PAGE NO. 4-66 MOD NO. 0
PAGE: ORIGINAL
EFF DATE: 1 OCT 05

DOMESTIC PERSONAL PROPERTY RATE SOLICITATION D-10

| | |
|---|---|
| **WEST VIRGINIA**: Counties of Brooke, Hancock, Marshall, Ohio, & Wetzel | 0.80 |
| **WISCONSIN**: | |
| Counties of Douglas, Milwaukee, Ozaukee, Washington, & Waukesha | 1.05 |
| County of Dane | 0.45 |
| Counties of Kenosha, Racine, & St. Croix | 0.80 |

NOTE 1: On shipments which are diverted back to point of origin, this additional charge shall apply twice.

NOTE 2: When a shipment is picked up or delivered at more than one place, the additional charge shall apply only to the weight of the portion of the shipment picked up or delivered in areas described above.

NOTE 3: The additional charge shall be based on weight at which transportation rate is based, EXCEPT when provision of Note 2 is applicable.

NOTE 4: Where reference is made to a county, corporate limits of points and places partly within such county shall be considered as wholly within the county. Where cities and mileage radius thereof is shown, cities or points partly within the described number of miles shall be considered as wholly within the described number of miles.

NOTE 5: On shipments, or portions thereof, stored in transit (other than at origin), the point of storage shall be considered the destination point for application of the additional transportation charge. No additional transportation charge shall be assessed on such shipments upon final delivery from SIT.

ITEM 429. [MSG] **MISCELLANEOUS CHARGE**

Any authorized charge incurred by the Transportation Service Provider and, not covered by any other designated service code, and not performed by a third party service, shall be billed as a miscellaneous charge. A description of the service is required.

ITEM 430. **ITEMS EXCLUDED FROM RATE PERCENTAGE APPLICATION**

a. The following items will not be subject to the rate percentage filed by Transportation Service Providers:

(1) Item 410, Partial Delivery Weighing and Reweigh Charges (EXCLUSION APPLIES TO REWEIGHS ONLY)

(2) Item 415, Additional Shipment Charges

(3) Item 416, Full Replacement Protection

(4) Item 421, Household Appliances or Other Articles Requiring Special Servicing by Third Party for Safe Transportation

(5) Item 422, Ferry, Bridge, and Service Charges

(6) Item 424, SIT and Warehouse Handling Charges at destination

(7) Item 426, Shipments from Nontemporary Storage Warehouses and SIT warehouses, in certain instances

**DOMESTIC PERSONAL PROPERTY RATE SOLICITATION D-10**

(8) Chapter IV, Appendix 4E — Pickup or Delivery Transportation Rates Applying on SIT Shipments **(EXCLUSION APPLIES TO DELIVERY OUT OF SIT AT DESTINATION ONLY)**

(9) Any accessorial services performed in connection with destination SIT.

DECLARATION OF CHARLES L. WHITE

My name is Charles L. White, I am Director of Government & Military Relations of the Household Goods Forwarders Association of America, Inc. (HHGFAA) of Alexandria, Virginia. The HHGFAA is a trade association of the household goods freight forwarder industry. HHGFAA has 100 members who participate in SDDC's international personal property procurement. Many of these same members also participate in SDDC's domestic procurement. Many HHGFAA members are plaintiffs in this action, and I submit this declaration in support of the Motion for Summary Judgment of plaintiffs Steven Van Lines, Inc., et al.

As Director of Government & Military Relations, I represent HHGFAA on behalf of its members in matters relating to the personal property procurements of SDDC. I personally attend meetings, participate in telephone conference calls and correspond and otherwise interact with SDDC officials on matters concerning the personal property procurements. I have been personally involved with SDDC in matters relating to the PowerTrack program and reimbursement of the PowerTrack fee charged transportation service providers (TSPs) by US Bank for billing by PowerTrack.

Since my involvement with SDDC's PowerTrack program in January 2005, it has been my understanding, based on advices from SDDC, that the fee charged

by US Bank for billing by PowerTrack was to be reimbursed to TSPs during Phase I of Families First which would continue until Phase II, known as DPS, became effective. On January 5, 2005, the first Business Process Working Group (BPWG) meeting at SDDC which I attended, Phase I of PowerTrack was a primary topic. Thomas Hicks, former SDDC Chief of Personal Property, presided over the meeting at which George Thomas of SDDC provided the information on the implementation of the PowerTrack program which was then on a limited basis. At that meeting, I remember that Mr. Hicks stated that TSPs would be reimbursed for the PowerTrack fee charged by US Bank until Phase II of Families First began. Mr. Thomas concurred in this position. This advice was not changed by SDDC in any subsequent meetings and conference calls in which I participated during the first half of 2005.

After June 22, 2005, when Phase II of Families First was postponed from October 1, 2005 to February 1, 2006, I began receiving numerous inquiries from HHGFAA members as to whether SDDC would continue to reimburse TSPs for the PowerTrack fee during the IW05 and DW05 rate cycles for which the members were in the process of determining their me-too, i.e., final rates. They needed to know whether to increase their rates to cover the 1% PowerTrack fee. By email, dated June 30, 2005, I requested advice from George Thomas, SDDC's designated official in PowerTrack (Attachment 1), and he clearly and unequivocally

responded: "Yes, the 1% will continue as a pass through until DPS [Families First Phase II] comes on line, ever how long it takes." (Attachment 2). I was aware that Mr. Thomas gave the same advice to Scott Michael of the American Moving & Storage (AMSA) and Sue Fuchtman of The Day Companies, who also represent TSPs. I thought this settled the matter, but I continued to get inquiries.

On August 10, 2005, I received a copy of George Thomas's email to Scott Michael, confirming that SDDC would reimburse TSPs for the 1% PowerTrack fee until DPS became effective. (Attachment 3). That email prompted me to request George Thomas, by email, dated August 12, 2005, to post a message on the SDDC Web site to make clear to all TSPs that the 1% PowerTrack fee would continue to be reimbursed until DPS became effective. (Attachment 4). The Website is SDDC's means of advising TSPs of matters relating to its procurements. SDDC posted the following message on its Website on August 17, 2005:

> "**How long will the government reimburse the carriers the 1% PowerTrack fee**?
>
> The TSP 1% reimbursement fee will continue for all TSPs participating in Phase I until DPS rolls out in February 2006." (Attachment 5).

Based on this consistent advice from SDDC, I thought that the matter of reimbursement of the PowerTrack fee had been resolved until I attended a meeting with SDDC on October 20, 2005 at which I heard for the first time that SDDC

reversed its position and had now decided not to reimburse the 1% PowerTrack fee for IW05 and DW05.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Charles L. White

Dated this 17th day of April 2006 at Alexandria, Virginia.

55

-----Original Message-----
From: Charles L. White
To: Thomas, George
Cc: THead73168@aol.com
Sent: 6/30/2005 2:04 PM
Subject: PowerTrack 1% fee

Att. No. 1

George,

It's you worst nightmare bugging you once again!

Now that Families First has been delayed I've had a number of inquiries from our membership concerning the 1% PowerTrack fee. Will this continue to be a pass through charge during the next rate cycle (IW 05)? It is unclear to me after reading the I-16 solicitation as to whether it will continue. I'm not sure that this was even envisioned since the solicitation was written well before a delay had been mentioned!

Charles White

Director of Government & Military Relations

HHGFAA

Att. No. 2

**From:** Thomas, George [thomasg@sddc.army.mil]
**Sent:** Thursday, June 30, 2005 4:36 PM
**To:** Charles L. White; Thomas, George
**Cc:** 'THead73168@aol.com'
**Subject:** PowerTrack 1% fee

Chuck,

I am at an offsite today and tomorrow, was fortunate to access my e-mail.
Yes, the 1% will continue as a pass through until DPS comes on line, ever how long it takes.

You are by far, not my worst nightmare. Would love for Industry to understand that we do work (hard) toward resolvoing their issues, timely.
When raised, they don't go into a black hole, we do take action as you can attest.

R/George

Att. No. 3

**From:** Thomas, George [thomasg@sddc.army.mil]
**Sent:** Wednesday, August 10, 2005 1:44 PM
**To:** 'Michael, Scott'
**Cc:** Steve Hollingsworth; Tim Helenthal; Scott Kelly; Bob Ewing; wilken@stevensworldwide.com; Charles L. White; Steven A Savage (E-mail)
**Subject:** 1% fee

Scott,

Just returned from Business Travel and am just now receiving your e-mail. Don't know how many times I will
have to answer this question but here goes.....

The TSP 1% reimbursement fee will continue for all TSPs participating in Phase I until DPS rolls out in Feb 06. Pls
note that all TSPs must factor this into their rates for DPS so when it does roll out, they will receive compensation.
However for now and during the remaining time of Phase I, they will bill the 1% fee the same way they are now. Billing
for the 1% fee will cease when DPS rolls out.

Hopefully this answers your question.

R/George

*George Thomas, Jr.*
*Program Development Branch*
*(703) 428-2237*
*Fax (703) 428-3390*
*thomasg@sddc.army.mil*

-----Original Message-----
**From:** Michael, Scott [mailto:SMichael@MOVING.ORG]
**Sent:** Tuesday, August 09, 2005 11:47 AM
**To:** SDDC - George Thomas Family F (E-mail)
**Cc:** Steve Hollingsworth; Tim Helenthal; Scott Kelly; Bob Ewing; wilken@stevensworldwide.com
**Subject:** FW: 1% fee

George,

Can you please confirm that Steve's information is correct?

Scott

-----Original Message-----
**From:** Steven A Savage [mailto:steven.a.savage@us.ibm.com]
**Sent:** Wednesday, June 08, 2005 4:09 PM

Att. No. 4

**From:** Thomas, George [thomasg@sddc.army.mil]
**Sent:** Friday, August 12, 2005 2:48 PM
**To:** Steven A Savage (E-mail); Niphadkabin Charles (E-mail); Charles L. White; Scott Michael (E-mail) (E-mail)
**Cc:** thead73168@aol.com; Steffen Frey (E-mail)
**Subject:** 1% fee

Chuck,

By putting this up as a FAQ, it still will not resolve the issue. Been that route many times but will honor your request.

Steve and Charlie, please capture the TSP 1% Fee as a FAQ and post to the SDDC web site for me.

Thanks,

George

George Thomas, Jr.
Program Development Branch
(703) 428-2237
Fax (703) 428-3390
thomasg@sddc.army.mil

-----Original Message-----
From: Charles L. White [mailto:charles.white@HHGFAA.ORG]
Sent: Friday, August 12, 2005 2:11 PM
To: thomasg@sddc.army.mil
Cc: thead73168@aol.com
Subject: FW: 1% fee

Dear George,

Since your e-mail exchange with Scott on the 1% fee I have had members coming out of the woodwork asking me this same question about the 1% fee. I guess word gets out around our industry in a hurry but it's not always the correct word! I thought, as you did, that this had bee clarified months ago.

Would it be possible to put this up as an FAQ? That way I could refer my members to the SDDC for an "official" answer. If the answer would just say that the billing for the 1% fee has been extend until the beginning of Phase II in February it would be perfect! I know when the RPO comes out I will be hammered with this question once again.

Any help you can offer would be helpful. THANKS!!!!!

Chuck White

Director of Government & Military Relations

HHGFAA

**What would the TSP's ISA sender ID be if entering invoices in the PowerTrack user interface (required for the ETA login setup)?**
TSP should confirm the sender ID with US Bank. This would be the primary company SCAC.

**How does the TSP know who to submit their invoices to?**
Block 21 of the printed BoL will reflect where to submit the invoice.

**Who will certify the PSIs for the Marine Corps?**
HQ USMC has directed that each site perform its own certifications, until further notice. USMC PSI's will be submitted to DFAS-Columbus.

**How will Prompt Pay be paid to US Bank?**
Prompt Pay charges will occur as an eBill on the PSIs. Services have been requested to provide the applicable LOAs to be used.

**What does it require for a Certifying Officer for the Services to be properly certified?**
Provide DFAS-Indianapolis with the signature card and the required DoD Form 577.

DFAS-CSSVA/IN
8899 E 56TH ST
Indianapolis, IN 46249-5005

The fax number is (317) 510-3953, ATTN: Margaret Morrison

Further details can be found in the Training Documents section of the SDDC web site.

**Where should the certified PSI be faxed?**
The Phase I CONOPS outlines by Service which fax-number to use as well as the Point of Contact in that particular office. The location is determined by which service commands your site. While your site may process charges for other services, all charges appear on one PSI and that will go to your respective DFAS office.

**How long will the government reimburse the Carriers the 1% PowerTrack fee?**
The TSP 1% reimbursement fee will continue for all TSPs participating in Phase I until DPS rolls out in February 2006. Please note that all TSPs must factor this into their rates for DPS so that when it does roll out, they will receive compensation. However for now and during the remaining time of Phase I, TSP's will bill the 1% fee the same way they are now. Reimbursement for the 1% fee will cease when DPS rolls out.

DECLARATION OF BRANDON DAY

My name is Brandon Day and I am Chief Executive Officer of The Day Companies, Inc. My company handles the billings for 369 participants in the SDDC Personal Property Program by PowerTrack. I have been involved with PowerTrack since its inception and have participated in many discussions with SDDC representatives with respect to Families First, including George Thomas, who was selected by SDDC as its representative for billing and payment by PowerTrack.

Initially, participation in PowerTrack billing was voluntary, with the PowerTrack fee being reimbursed to the contractors or TSPs. SDDC's initial plan was to have Families First Phase II become effective on October 1, 2005, along with IW05 and DW05. However, Phase II was first postponed until February 1, 2006. Since Families First Phase II was no longer to be effective on the same date as IW05 and DW05, it seemed advisable to confirm that reimbursement of the PowerTrack fee would continue until Phase II became effective. I am aware that this question was asked in early June 2005 by Scott Michael of AMSA and that Steven Savage, the representative of IBM, one of the contractors selected by SDDC for the development and implementation of PowerTrack, advised by email, dated June 8, 2005, that reimbursement of the PowerTrack fee would continue until the implementation of Phase II. I am also aware that George Thomas, SDDC's representative, confirmed this advice to Scott Michael by email, as well as by email to Charles White of the Household Goods Forwarders Association of America.

In addition, I had Sue Fuchtman of my company make a further inquiry on this subject by email, dated July 29, 2005, as follows:

> "**Subject**: 1% powertrack fee.
>
> "Is that still a billable charge to the government as of 11-1-05. I am seeing an email flying around saying no longer." (Att. No. 1).

Mr. Thomas advised Ms. Fuchtman by email on the same date as follows:

> "As discussed, TSPs have to incorporate the 1% into their rates when they file them in DPS on 1 Nov. 05. The government will continue to pay the 1% until DPS rolls out." (Att. No. 1).

Our XRS News Website, which is viewed by our clients, contained the following posting on July 29, 2005:

> "We have had some questions from customers about the 1% PowerTrack fee, and when it will no longer be billable back to government. We have confirmed with SDDC that the government will continue to pay the 1% fee until DPS rolls out, currently scheduled for February 2006." (Att. No. 2).

Further, SDDC made the following posting on its Web site:

> **"How long will the government reimburse the Carriers the 1% PowerTrack fee**?
>
> The TSP 1% reimbursement will continue for all TSPs participating in Phase I until DPS rolls out in February 2006. Please note that all TSPs must factor this into their rates for DPS so that when it does roll out, they will receive compensation. However for now and during the remaining time of Phase I, TSP's (sic) will bill the 1% fee the same way they are now. Reimbursement for the 1% fee will cease when DPS rolls out." (Att. No. 3).

Our XRS customer newsletter for the fourth quarter 2005 points that the SDDC's latest decision to stop reimbursing the PowerTrack Fee is "going to have a

major impact on the TSP community"; "that the decision was applied retroactively to the IW/DW05 rate cycles; and that "it [the new SDDC decision] is too late for TSPs to take the PowerTrack fee into consideration for the IW/DW05 rates." Our publication continues:

> "When Phase II was delayed, and rate filing for the IW/DW05 was ongoing, we contacted SDDC and asked them for clarification on whether or not the reimbursement of the PowerTrack fee would continue. We were told definitively, and in writing, that the reimbursement would continue until Phase II of Families First started. We passed that information on to our clients, who filed rates accordingly. Now SDDC has reversed its decision, when it is too late for TSPs to take the PowerTrack fee into consideration for the IW/DW05 rates." (Att. No. 4).

Further, during my attendance at a PowerTrack training session, held by SDDC on October 20-21, TSPs were advised by Rosia Lindsay, SDDC, that the PowerTrack fee would continue to be reimbursed until the roll-out of Phase II. This meeting was attended by at least 60 TSPs. However, it is my understanding that SDDC, in another meeting, held at the same time, attended by industry representatives, advised that they were stopping reimbursement of the PowerTrack fee with the effective date of IW/DW05 and before Phase II of Families First became effective. This advice was given three months after the rates were filed in IW05 and two months after the rates were filed in DW05.

In light of the prior consistent advices which George Thomas gave to industry representatives and Sue Fuchtman of my company, which I transmitted, as shown above, to customers of the Day Companies, I cannot understand SDDC's reversal of

this decision long after the rates have been filed and without the opportunity being accorded TSPs, many of whom are our customers, to reflect this additional cost in their rates.

Lastly, a TSP can bill by PowerTrack only when the bases at both origin and destination are PowerTrack-certified. No Air Force bases are yet certified to participate in PowerTrack and billings on those shipments are submitted to the military finance offices by means other than PowerTrack. Further on May 23, 2005, when the initial rates on DW05 were to be filed, the following military bases were not yet accepting PowerTrack invoices:

| | |
|---|---|
| Army | Fort Detrick, MD |
| Army | Fort Polk, LA |
| Army | Red River Army Depot, TX |
| Army | Fort McPherson, GA |
| Army | Fort Stewart, GA |
| Army | Fort Irwin, CA |
| Army | White Sands Missile Range, NM |
| Army | Fort Bliss, TX |
| Army | Fort Lee, VA |
| Navy | Naval Air Station Key West, FL |
| Navy | NBVC Port Hueneme, CA |
| Navy | FISC, Seal Beach Detachment, CA |
| Navy | Naval Submarine Base, Groton, CT |
| Navy | EL Centro Naval Air Facility |
| Navy | CPPSO Charleston, SC |
| Navy | Naval Air Station Patuxent River, MD |
| Navy | Naval Postgraduate School Monterey, CA |
| Navy | Naval Air Station Joint Reserve Base, LA |
| Navy | Naval Air WPNS Station, China Lake, CA |

My company has submitted approximately 76,371 billings to PowerTrack. Unfortunately, due to problems with the PowerTrack and CWA systems, it has become increasingly more difficult to receive payment for these invoices, and I have had to implement a surcharge to our customers for the extra work involved in

ensuring payment. This has increased our total billing charge to our customers by approximately 38 percent for domestic invoices, and 47 percent for international invoices. The Day Companies have handled billings via EDI [Electronic Data Interchange] under the current program, a procedure presently in effect for Air Force shipments, and which existed prior to PowerTrack. Our charges, which reflect the additional charge for billing to PowerTrack, are approximately 38 percent higher for domestic invoices, and 47 percent higher for international invoices percent for PowerTrack billings than for non-PowerTrack billings by EDI. As a result, reimbursement of the PowerTrack fee does not make TSPs whole for their PowerTrack billings.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Brandon Day

Dated this 19th day of April 2006 at Norfolk, Nebraska.

Att. No. 1

**From:** Thomas, George [mailto:thomasg@sddc.army.mil]
**Sent:** Friday, July 29, 2005 11:48 AM
**To:** 'Sue Fuchtman'
**Subject:** RE: 1% powertrack fee

Sue,

As discussed, TSP Have to incorporate the 1% into their rates when they file them in DPS on 1 Nov 05.
The government will continue to pay the 1% until DPS rolls out.

George

-----Original Message-----
**From:** Sue Fuchtman [mailto:sue@DAYCOS.com]
**Sent:** Friday, July 29, 2005 11:56 AM
**To:** Thomas, George
**Subject:** 1% powertrack fee

Is that still a billable charge to the government as of 11-1-05. I am seeing an email flying around saying no longer.

Sue Fuchtman
The Day Companies
800-366-1440
sue@daycos.com

check out current information at:
www.mrsnet.com/weblog

Att. No. 2

# XRS News

XRS News is a weblog of The eXternal Revenue Service of The Day Companies, containing information about our services, news about the industry, and insight into our company.

FRIDAY, JULY 29, 2005

## 1% PowerTrack Fee

We have had some questions from customers about the 1% PowerTrack fee, and when it will no longer be billable back to government. We have confirmed with SDDC that the government will continue to pay the 1% fee until DPS rolls out, currently scheduled for February 2006.

Posted by Brandon Day @ 11:53 AM    Permanent Link

<< Home

### Return to XRSNet.com

XRSNet.com

### Previous Posts


Delays in the Central Web Application

Phase I Update

Relay for Life

SDDC Comments on DPS

New Features on XRSNet

It's Official: Families First Postponed

Phase I Follow-Up Fee

Payment for OCF Charges in Phase I

Setup with USBank's PowerTrack

Documentation Advisement on Families First Shipments


I Power Blogger

Enter your email address below to be notified when **XRS News** is updated!

Subscribe

powered by Bloglet

67

**What would the TSP's ISA sender ID be if entering invoices in the PowerTrack user interface (required for the ETA login setup)?**
TSP should confirm the sender ID with US Bank. This would be the primary company SCAC.

**How does the TSP know who to submit their invoices to?**
Block 21 of the printed BoL will reflect where to submit the invoice.

**Who will certify the PSIs for the Marine Corps?**
HQ USMC has directed that each site perform its own certifications, until further notice. USMC PSI's will be submitted to DFAS-Columbus.

**How will Prompt Pay be paid to US Bank?**
Prompt Pay charges will occur as an eBill on the PSIs. Services have been requested to provide the applicable LOAs to be used.

**What does it require for a Certifying Officer for the Services to be properly certified?**
Provide DFAS-Indianapolis with the signature card and the required DoD Form 577.

DFAS-CSSVA/IN
8899 E 56TH ST
Indianapolis, IN 46249-5005

The fax number is (317) 510-3953, ATTN: Margaret Morrison

Further details can be found in the Training Documents section of the SDDC web site.

**Where should the certified PSI be faxed?**
The Phase I CONOPS outlines by Service which fax-number to use as well as the Point of Contact in that particular office. The location is determined by which service commands your site. While your site may process charges for other services, all charges appear on one PSI and that will go to your respective DFAS office.

**How long will the government reimburse the Carriers the 1% PowerTrack fee?**
The TSP 1% reimbursement fee will continue for all TSPs participating in Phase I until DPS rolls out in February 2006. Please note that all TSPs must factor this into their rates for DPS so that when it does roll out, they will receive compensation. However for now and during the remaining time of Phase I, TSP's will bill the 1% fee the same way they are now. Reimbursement for the 1% fee will cease when DPS rolls out.

Att. No. 4

- 4th Quarter 2005 -

**XRS**
**eXternal Revenue Service**

the DAY Companies

*Table of Contents:*


- Changes in Store for PowerTrack Fee
- XRS News Blog
- Families First Phase I Progress Illustrated
- Daycos Continues to Grow
- CWA/PowerTrack Follow-Up Fee to Increase
- XRSNet.com Website Improved


# Changes in Store for PowerTrack Fee

The PowerTrack fee system is undergoing two major changes on all Families First Phase I (FFPI) invoices. First, effective with the IW/DW05 rate cycles, the PowerTrack fee is no longer going to be reimbursed by the government. Second, the fee, which has been 1% of all FFPI invoices paid since the program started, is increasing December 1st to 1.1% of the invoice total.

The decision of SDDC to stop reimbursing the PowerTrack fee is going to have a major impact on the TSP community. Since the start of Phase I, Daycos has billed over two million dollars for reimbursement of the PowerTrack fee. That is money that will now have to be paid directly by the TSP.

> **"Since the start of Phase I, Daycos has billed over two million dollars for reimbursement of the PowerTrack fee."**

The other aspect of this change that will have a negative impact on the TSPs is that the decision was applied retroactively to the IW/DW05 rate cycles, and TSPs did not have a chance to factor the payment of the PowerTrack fee into their rates. SDDC claims that prior notice was given during a February 2005 Federal Register notice. The notice, whose purpose was to make the participation of TSPs in Phase I mandatory, contained a statement which could be interpreted to mean that the reimbursement of the fee would end October 1st, 2005. Of course, at the time of the notice, Phase II of Families First was scheduled to begin October 1st.

When Phase II was delayed, and rate filing for the IW/DW05 was ongoing, we contacted SDDC and asked them for clarification on whether or not the reimbursement of the PowerTrack fee would continue. We were told definitively, and in writing, that the reimbursement would continue until Phase II of Families First started. We passed that information on to our clients, who filed rates accordingly. Now SDDC has reversed its decision, when it is too late for TSPs to take the PowerTrack fee into consideration for the IW/DW05 rates.

The increase in the PowerTrack fee, while certainly not as significant, is something that TSPs also need to know. There is a clause in the PowerTrack Seller Agreement that allows US Bank to increase the PowerTrack fee if the Prime Rate increases. The clause basically states that for every point the Prime Rate increases above seven, the PowerTrack fee can be increased one-tenth of a point. Since the Prime Rate reached seven percent on November 1st, the PowerTrack fee was increased to 1.1 percent, effective December 1st. If the Prime Rate would continue to increase and hit eight percent, then the PowerTrack fee could increase to 1.2 percent. Certainly, the increase is not a great amount, but now that TSPs are not being reimbursed for the PowerTrack fee, it is something else that needs to be monitored.

# XRS News Blog Provides Timely Information

If you haven't made it a habit to visit the XRS News blog, located at **www.xrsnet.com/weblog**, you are missing a great source of information. There are numerous items we post each week that pertain to our services, our company, and the industry in general. We try to keep this updated with interesting happenings, and hope that you find it useful in your work as well. You can look up previous posts, as well as view the most recent items directly on the main page.




1305 S. 13th Street
P.O. Box 1187
Norfolk, NE 68701

Phone:
(402) 379-1440
(800) 366-1440

Fax:
(402) 379-3574

Email:
xrs@daycos.com

Web Page:
www.xrsnet.com

HI 96853–5233, phone: (808) 449–1584, x232.

**Albert Bodnar,**

*Air Force Federal Register Liaison Officer.*

[FR Doc. 05–2012 Filed 2–2–05; 8:45 am]

BILLING CODE 5001–05–P

## DEPARTMENT OF DEFENSE

### Department of the Air Force

### Meeting Notice for Air Force Academy Board of Visitors

Pursuant to Section 9355, Title 10, United States Code, the U.S. Air Force Academy Board of Visitors will meet at the Rayburn Building in Washington, DC, February 11, 2005. The purpose of the meeting is to consider the morale and discipline, curriculum, instruction, physical equipment, fiscal affairs, academic methods, and other matters relating to the Academy.

A portion of the meeting will be open to the public while other portions will be closed to the public to discuss matters listed in Paragraphs (2), (6), and Subparagraph (9)(B) of Subsection (c) of Section 552b, Title 5, United States Code. The determination to close certain sessions is based on the consideration that portions of the briefings and discussion will relate solely to the internal personnel rules and practices of the Board of Visitors or the Academy; involve information of a personal nature, the disclosure of which would constitute a clearly unwarranted invasion of personal privacy; or involve discussions of information the premature disclosure of which would be likely to frustrate implementation of future agency action. Meeting sessions will be held in room 2212 of the Rayburn Building, Washington, DC.

For further information, contact Lieutenant Colonel Paul Price, Chief, USAFA & Accessions Activities Division, Directorate of Learning and Force Development, Deputy Chief of Staff, Personnel, AF/DPLA, 1040 Air Force Pentagon, Washington, DC, 20330–1040, (703) 695–9855.

**Albert Bodnar,**

*Air Force Federal Register Liaison Officer.*

[FR Doc. 05–2045 Filed 2–2–05; 8:45 am]

BILLING CODE 5001–05–P

## DEPARTMENT OF DEFENSE

### Department of the Air Force

### HQ USAF Scientific Advisory Board

**AGENCY:** Department of the Air Force, DoD.

**ACTION:** Notice of meeting.

**SUMMARY:** Pursuant to Public Law 92–463, notice is hereby given of the forthcoming meeting of the Air Force Scientific Advisory Board. The purpose of the meeting is to present and discuss the findings of the 2004 Science and Technology Quality Review of Air Force Research Laboratory programs. Because classified and contractor-proprietary information will be discussed, this meeting will be closed to the public.

**DATES:** February 24, 2005.

**ADDRESSES:** 1670 Air Force Pentagon, Room 4E936, Washington, DC 20330–1670.

**FOR FURTHER INFORMATION CONTACT:** Major Kyle Gresham, Air Force Scientific Advisory Board Secretariat, 1180 Air Force Pentagon, Rm 5D982, Washington, DC 20330–1180, (703) 697–4808.

**Albert Bodnar,**

*Air Force Federal Register Liaison Officer.*

[FR Doc. 05–2049 Filed 2–2–05; 8:45 am]

BILLING CODE 5001–05–P

## DEPARTMENT OF DEFENSE

### Department of the Army

### Board of Visitors, United States Military Academy (USMA)

**AGENCY:** Department of the Army, DoD.

**ACTION:** Notice of open meeting.

**SUMMARY:** In accordance with section 10(a)(2) of the Federal Advisory Committee Act (Pub. L. 92–463), announcement is made of the following committee meeting:

*Name of Committee:* Board of Visitors, United States Military Academy.

*Date:* Wednesday, March 2, 2005.

*Place of Meeting:* Veterans Affairs Conference room, Room 418, Senate Russell Building, Washington, DC.

*Start Time of Meeting:* Approximately 10 a.m.

**FOR FURTHER INFORMATION CONTACT:** Lieutenant Colonel Shaun T. Wurzbach, United States Military Academy, West Point, NY 10996–5000, (845) 938–4200.

**SUPPLEMENTARY INFORMATION:** *Proposed Agenda:* Organization Meeting of the Board of Visitors. Review of the Academic, Military and Physical Programs at the USMA. All proceedings are open.

**Brenda S. Bowen,**

*Army Federal Register Liaison Officer.*

[FR Doc. 05–2054 Filed 2–2–05; 8:45 am]

BILLING CODE 3710–08–M

## DEPARTMENT OF DEFENSE

### Department of the Army

### Mandatory Use of US Bank's Power Track System by Department of Defense Personal Property Transportation Service Providers (TSPs)

**AGENCY:** Department of the Army, DOD.

**ACTION:** Notice.

**SUMMARY:** The Military Surface Deployment and Distribution Command (SDDC), as the Traffic Manager for Department of Defense (DOD) Personal Property Program, is informing the TSP community of SDDC's mandatory requirement to use US Bank's PowerTrack System as the transaction and payment system for all DOD TSP's handling personal property. Furthermore, the use of SDDC's Centralized Web Application (CWA) will also be mandatory. This mandatory usage is effective 30 days from publication of this notice beginning with all TSP's who have a Letter of Intent (LOI) on file with participating sites. Each time a new site is added to Phase I, TSPs not participating in Phase I will have 30 days to execute a Trading Partner Agreement with USBank and be PowerTrack certified. Implementation of PowerTrack at all Military Services and Coast Guard installations is the goal of Families First, which is the first step in moving toward the reengineered Personal Property Program of the future.

This announcement is a follow-on to **Federal Register** notices published on June 5, 2003 (68 FR 33683) and September 29, 2003 (68 FR 55947) proposing mandatory use of US Bank's Power Track System by Department of Defense Personal Property Transportation Service Providers. Effective 30 days from publication of this notice, they are required to have a Trading Partner Agreement with US Bank and be PowerTrack certified in order to participate in the DoD Personal Property Program. This notice affords TSP's ample time to plan for the use of PowerTrack. The Electronic Billing and Payment portion of the Families First Web site is located at *http://www.sddc.army.mil*, under Personal Property Program. This site offers industry access to updates on the Business Rules, Concept of Operations (CONOPS), System Interface Specifications and the latest information.

**DATES:** The initial rollout of PowerTrack and CWA to all sites began on March 29, 2004 and is scheduled to continue until June 30, 2005. The Evaluation Phase of

Phase I ran from March 29, 2004 to September 22, 2004.

**ADDRESSES:** Request for additional information may be sent by e-mail to: *thomasg@sddc.army.mil*; or by courier to: Military Surface Deployment Distribution Command, ATTN: SDPP–PD, Room 10N35–39 (George Thomas), Hoffman Building II, 200 Stovall Street, Alexandria, VA 22332–5000.

**FOR FURTHER INFORMATION CONTACT:** Mr. George Thomas at (703) 428–2237.

**SUPPLEMENTARY INFORMATION:** The initial rollout (*see* **DATES**) served as the Evaluation Period for the Phase I process, and involved a limited number of Personal Property Shipping Office's (PPSO) and TSP's. The implementation Phase started in March 2004 and expansion to the remaining PPSO's and TSP's is scheduled for completion on or about June 30, 2005.

New sites are added to Phase I on an ongoing basis. All TSP's who have LOIs on file at these added sites are required to become PowerTrack certified and participate as Phase I TSPs effective 30 days from the date the site is added to Phase I. An updated list of all Phase I participating sites is located on the SDDC Web site. It is important to note that during this period, the participating TSPs will continue to receive the 1% PowerTrack Surcharge reimbursement fee until International Winter 05 (IW05) and Domestic Winter 05 (DW05) or Defense Future Personal Property (DPS) Rates are in effect. The Rate Solicitation for both IW05 and DW05 will be available to TSPs on March 15, 2005 and the rate filing period is scheduled for May 1, 2005 to July 15, 2005 with an effective date of October 1, 2005 for both cycles. For this reason, TSPs should file their rates for the IW05 and DW05 Winter Cycle and DPS assuming that PowerTrack and CWA will be used. DPS rates will be filed August 1–31, 2005 with an effective date of October 1, 2005.

Transportation Service Providers wishing to transport personal property shipments for the DOD must have a Trading Partner agreement with US Bank and be PowerTrack certified for the electronic payment of commercial transportation services. It is important that TSPs begin the PowerTrack certification process immediately by calling US Bank at 1–800–417–1844. Additional information on PowerTrack is available at *http://www.usbank.com/powertrack*. Only those TSPs that are PowerTrack certified will be eligible to receive personal property shipments.

**I. Background**

On July 7, 1997, the Under Secretary of Defense (Comptroller) issued a memorandum, which required the reengineering of defense transportation documentation and financial processes as part of an effort to revolutionize DOD business practices across all Military Services and Agencies. A major component of the reengineering effort is the implementation of US Bank's PowerTrack System. PowerTrack has now been implemented for DOD freight and personal property shipments for all modes of transportation. In June 2002, the USTRANSCOM Personal Property report was released, and USTRANSCOM directed that work begin on the future Personal Property program. USTRANSCOM tasked SDDC, in conjunction with the Military Services and Industry, to map out Families First by August 31, 2002. As a part of the Families First effort, DOD declared that PowerTrack would be utilized as the commercial business-to-business payment system.

To begin moving forward with Families First, SDDC developed a Concept of Operation (CONOPS) outlining the implementation of Phase I. Key elements of Phase I CONOPS are electronic bill payment and the CWA. The CWA will be used for approval authorization and for costing shipments, based on the current Military Rate Tender.

**II. Objective**

The objective of Phase I is to implement the electronic bill payment portion of Families First for all Military Installations and DOD approved TSPs. The electronic bill payment processes for Phase I will:

• Use US Bank's PowerTrack system to pay Transportation Service Providers;
• Use CWA as a tool to track and approve services performed by Transportation Service Providers; and
• Provide information visibility for Stakeholders (Personal Property Shipping Offices, Military Services, U.S. Coast Guard, General Service Administration, Transportation Service Providers, etc.).

**Regulation Flexibility Act**

This action is not considered rule making within the meaning of Regulatory Flexibility Act, 5 U.S.C. 601–612.

**Paperwork Reduction Act**

The Paperwork Reduction Act, 44 U.S.C. 3051 *et seq.*, does not apply because no information collection or record keeping requirements are imposed on contractors, offerors or members of the public.

**Thomas Hicks,**
*Chief, Personal Property Division.*
[FR Doc. 05–2052 Filed 2–2–05; 8:45 am]
BILLING CODE 3710–08–M

## DEPARTMENT OF DEFENSE

### Department of the Navy

### Notice of Availability of Government-Owned Invention; Available for Licensing

**AGENCY:** Department of the Navy, DoD.
**ACTION:** Notice.

**SUMMARY:** The invention listed below is assigned to the United States Government as represented by the Secretary of the Navy and is available for licensing by the Department of the Navy. U.S. Patent No. 6,280,759: Method of Controlled Release and Controlled Release Microstructures, and any continuations, divisionals, or re-issues thereof.

**ADDRESSES:** Requests for copies of the invention cited should be directed to the Naval Research Laboratory, Code 1004, 4555 Overlook Avenue, SW., Washington, DC 20375–5320, and must include the U.S. Patent number.

**FOR FURTHER INFORMATION CONTACT:** Jane F. Kuhl, Head, Technology Transfer Office, NRL Code 1004, 4555 Overlook Avenue, SW., Washington, DC 20375–5320, telephone (202) 767–3083. Due to temporary U.S. Postal Service delays, please fax (202) 404–7920, e-mail: *kuhl@utopia.nrl.navy.mil* or use courier delivery to expedite response.

(Authority: 35 U.S.C. 207, 37 CFR Part 404.)

Dated: January 28, 2005.

**I.C. Le Moyne, Jr.,**
*Lieutenant, Judge Advocate General's Corps, U.S. Navy, Alternate Federal Register Liaison Officer.*
[FR Doc. 05–2048 Filed 2–2–05; 8:45 am]
BILLING CODE 3810–FF–P

## DEPARTMENT OF DEFENSE

### Department of the Navy

### Notice of Intent To Grant Exclusive Patent License; SWORD Diagnostics

**AGENCY:** Department of the Navy, DoD.
**ACTION:** Notice.

**SUMMARY:** The Department of the Navy hereby gives notice of its intent to grant to SWORD Diagnostics, a revocable, nonassignable, exclusive license, to practice in the fields of rapid detection

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 12th day of May 2006, I caused to be served by hand delivery, the APPENDIX IN SUPPORT OF PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT, addressed as follows:

Brian S. Smith,
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Room 4054
1100 L Street, NW
Washington, DC 20530

s/Stanley I. Goldman
Stanley I. Goldman