**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| STEVENS VAN LINES, INC., ET AL., Plaintiff, v. THE UNITED STATES, Defendant. | No. 05-1278 C<br>Judge Smith |

**DECLARATION OF GEORGE THOMAS**

I, George Thomas, Jr. declare under penalty of perjury, pursuant to 28 U.S.C. 1746, that the following statements are true and correct to the best of my knowledge.

1. I am a Traffic Management Specialist/ Action Officer for the Military Surface Deployment and Distribution Command (SDDC) in Alexandria, Virginia. I have served in this capacity since May 2002. As the Lead Action Officer, I am responsible for ensuring all open issues relevant to the electronic billing and payment process are entertained and resolved timely. Also, serve as the main POC for developing this process in the future program, DPS.

2. As a result of my official duties with the SDDC, I am familiar with the complaint filed by the Transportation Service Providers (TSPs) and the issues underlying the complaint related to the PowerTrack fee and the TSPs claim for reimbursement for the fee paid to U.S. Bank in exchange for use of the PowerTrack system. The statements in this declaration are based on my personal knowledge and information I have received in my official capacity.

3. I was listed as a point of contact for PowerTrack issues in the Federal Register notice that was published on February 3, 2005, 70 FR 5616 (Attachment A). I corresponded via phone and email with industry groups representing TSPs about PowerTrack on several occasions following publication of the FR notice. My duties were to simply answer questions and serve as the action officer for SDDC on PowerTrack.

4. At no time was I responsible for the solicitations, either DW05 or IW05, at issue in this case. At no time did I have authority to amend any item in the solicitation or otherwise enter into contracts on behalf of SDDC. My duty description is attached as Attachment B. My duty description indicates that I did not have authority to bind SDDC in any contract involving the PowerTrack fee. In order to perform my duties, it is not essential for me to have authority to contract.

5. At the time of the Federal Register notice, it was unclear when the Defense Future Personal Property Rates (DPS) would go into effect. It was anticipated that DPS rates would go into effect in October 2005. Regardless, the publication of the Federal Register notice was intended to inform TSPs that, in any event, the 1% PowerTrack fee would cease to be reimbursed with the roll out of DPS in October 2005 or with the 2005 winter rates (also in October 2005).

6. In responding to questions about PowerTrack to the TSP industry representatives, I indicated that the 1% fee would continue to be reimbursed by SDDC until DPS was implemented. I also indicated that TSPs must factor the PowerTrack fee into their rates for DPS so that when DPS does roll out, TSPs will be compensated.

GEORGE THOMAS

12 June 2006

DATE

**George Thomas, Jr.**
**Duty Description**

Serves as a Traffic Management Specialist in the Personal Property Program Development Branch. Responsible for management of DoD worldwide competitive procurement of HHG moving services. Has primary responsibility for the conduct of professional, technical, and administrative work in management and procurement of worldwide HHG moving services affecting military/DoD civilian personnel and commercial industry. Makes recommendations to ensure success in obtaining efficient and economical moving services for DoD. Develops solutions and assesses implications of policy and procedures on the total program. Performs work necessary to develop, implement, maintain, modify, and integrate policy changes and commercial practices into the program. Responds to congressional inquiries and when required, prepares inserts to congressional committee reports and testimony to support DoD Personal Property Program. Serves on special projects, conducting review and analysis of transportation issues. Responsible for incorporating Electronic Billing/Payment processes in the current/future PP Program.