# In the United States Court of Federal Claims

| | |
|---|---|
| STEVENS VAN LINES, INC., *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>THE UNITED STATES,<br><br>*Defendant*. | Case No. 05-1278C<br><br>Senior Judge Smith<br><br>Filed: June 15, 2006 |

## ORDER

The Court hereby **SCHEDULES** a telephone status conference for Tuesday, June 20, 2006 at 2:00 p.m. EDT to update the Court on the potential for settlement.

**IT IS SO ORDERED**.

s/ Loren A. Smith
Loren A. Smith
Senior Judge