# In the United States Court of Federal Claims

| | |
|---|---|
| STEVENS VAN LINES, INC., *et al.*, *Plaintiffs*, | Case No. 05-1278C |
| v. | Senior Judge Smith |
| THE UNITED STATES, *Defendant*. | Filed: June 22, 2006 |

**ORDER**

The Court hereby sets the following discovery schedule:

1. The Plaintiffs shall file and serve their interrogatories and document requests on or before July 24, 2006;
2. The Defendant shall file and serve its responses on or before August 23, 2006;
3. The parties shall conduct all depositions on or before October 6, 2006;
4. The Plaintiffs shall file and serve their response to the Defendant's Cross Motion for Summary Judgment (dkt # 15) on or before November 6, 2006; and
5. The Defendant shall file and serve its Reply on or before November 20, 2006.

The Court also **SCHEDULES** a telephone status conference on July 10, 2006 at 10:00 a.m. EDT to update the Court on the potential for settlement.

**IT IS SO ORDERED**.

s/ Loren A. Smith
Loren A. Smith
Senior Judge