# In the United States Court of Federal Claims

| | | |
|---|---|---|
| STEVENS VAN LINES, INC., *et al.*, | | |
| *Plaintiffs,* | | Case No. 05-1278C |
| v. | | Senior Judge Smith |
| THE UNITED STATES, | | Filed: July 10, 2006 |
| *Defendant*. | | |

**ORDER**

The Court hereby **RESCHEDULES** the telephone status conference originally scheduled on July 10, 2006 at 10:00 a.m. EDT to July 17, 2006 at 10:00 a.m. EDT to update the Court on the potential for settlement.

**IT IS SO ORDERED**.

s/ Loren A. Smith
Loren A. Smith
Senior Judge