Att. A

Subj: Stevens Van Lines, Inc. et al v. United States No. -1278c (Fed. Cl.)
Date: 8/23/2006 4:01:55 PM Eastern Daylight Time
From:
To:

Dear Mr. Smith:

Re: Stevens Van Lines, Inv, et al. v. United States No. 1278c (Fed. Cl.(

Confirming our telephone discussion today, Defendant's Responses to Plaintiffs' Interrogatories No. 4, 5, 6 and 7, are not responsive. At pages 7 and 8 Defendant's Responses quote Plaintiffs' instructions 4, 5, 6 and 7 instead of Interrogatories 4, 5, 6 and 7.

Please respond promptly to Plaintiffs' Interrogatories 4, 5, 6 and 7.

Stanley I. Goldman

Att. B

September 14, 2006

Brian Smith, Esq.

Re: Steven Van Lines, Inc. et al. v. United States, No. 05-1278

Dear Mr. Smith:

This is to request that you promptly furnish us the responses to Plaintiffs' Interrogatories Nos. 4-7, inclusive and the written job descriptions of Col. Thomas G. Keller and Col. Steven L. Amato, requested by Plaintiffs' Document Request No. 14. Stanley Goldman promptly notified you on August 23 by telephone and e-mail that no responses were received to the four interrogatories and renewed the request by another e-mail sent to you on September 1. In the September 1 e-mail we also advised you that we had not received the written job descriptions of Col. Keller, Col. Amato and George Thomas. In response you supplied only Mr. Thomas's job description. We are still awaiting the job descriptions of Col. Keller and Col. Amato.

Since we hand-delivered and e-mailed our initial discovery requests on July 17, I cannot understand why compliance has still not been received.

Please respond by return e-mail.

Sincerely,

Alan F. Wohlstetter

Att. C

September 19, 2006

Brian S. Smith, Esq.

Re: Stevens Van Lines, Inc. et al. v. United States, No. 05-1278

Dear Mr. Smith:

This is to request that you comply with Plaintiffs' Request for Production of Documents, Nos. 1, 2, 3, 4, 5, 6, 7 and 9 and identify each and every document which was not produced under a claim of privilege, was destroyed or otherwise disposed of or was withheld for any other reason, as required in our request.

The general objection you made that the requests are "overbroad and unduly burdensome" indicates that material documents responsive to our requests may not have been produced.

I also renew our request, followed up several times, that defendant respond to Plaintiffs' Interrogatories Nos. 4-7, inclusive, and produce the written job descriptions and delegations of authority to Col. Thomas G. Keller and Col. Steven L. Amato.

Unless you respond by e-mail by close of business Thursday, September 21, 2006, I intend to file with the Court a motion to compel responses to our interrogatories and document requests.

Sincerely,

Alan F. Wohlstetter

Att. D

September 20, 2006

Brian Smith, Esq.
brian.smith@usdoj.gov

Re: Steven Van Lines, Inc. et al. v. United States, No. 05-1278

Dear Mr. Smith:

We still have not received a response to our request, which we renewed yesterday, for identification of any documents within the scope of Plaintiffs' Request for Production of Documents which were not produced because they have been destroyed or otherwise disposed or have been withheld for any reason. We understand that no documents have been withheld for privilege. Please identify any documents within the scope of the outstanding requests which have been withheld for any reason and identify any documents which have been destroyed or otherwise disposed of.

In light of the fact that you have characterized the outstanding document requests as "overbroad" and compliance as "unduly burdensome", I would ask for a certification executed by the person or persons who actually selected the documents which were furnished along the following lines:

> "I have personally conducted or supervised the search and collection of documents responsive to Plaintiffs' Request for Production of Documents dated July 17, 2006, and to the best of my knowledge, information and belief, the documents furnished to plaintiffs' counsel are all of the documents within the scope of the said document request."

This certification would establish that full compliance with the document requests has in fact been made. At present, your name and those of other persons in the Department of Justice, who likely did not search SDDC's records, are the only names appearing in the response to plaintiffs' document requests.

Sincerely,

Alan F. Wohlstetter

Alan F. Wohlstetter