# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
STEVENS VAN LINES, INC., *et al.*, *
*Plaintiffs*, * Case No. 05-1278C
v. * Senior Judge Smith
THE UNITED STATES, * Filed: October 23, 2006
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **SCHEDULES** Oral Argument on Plaintiffs' Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment to be held at the United States Court of Federal Claims, Howard T. Markey National Courts Building, Courtroom #9, on January 11, 2007 at 2:30 p.m. EST.

**IT IS SO ORDERED**.

s/ Loren A. Smith
Loren A. Smith
Senior Judge