IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STEVENS VAN LINES, INC., ET AL., Plaintiffs v. THE UNITED STATES, Defendant | No. 05-1278C (Judge Smith) |

# PLAINTIFFS' SUPPLEMENTAL PROPOSED FINDINGS OF UNCONTROVERTED FACT

ALAN F. WOHLSTETTER
DENNING & WOHLSTETTER
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
Tel: (202) 833-8884
Fax: (202) 833-8886
Attorney for Plaintiffs

STANLEY I. GOLDMAN
DENNING & WOHLSTETTER
Of Counsel

November 6, 2006

# PLAINTIFFS' SUPPLEMENTAL PROPOSED FINDINGS OF UNCONTROVERTED FACT

Plaintiffs submit the following supplemental proposed findings of uncontroverted fact in support of Plaintiffs' Opposition to Defendant's Cross-Motion For Summary Judgment and Reply to Defendant's Opposition To Plaintiffs' Motion For Summary Judgment:

27. Tom Hicks, Chief of SDDC's Personal Property Division during the period involved, was the SDDC official responsible for SDDC's PowerTrack Program in which capacity he issued the Federal Register Notices, dated June 5, 2003, September 29, 2003 and February 3, 2005 (Pl. Supp. App. 12, 14; Pl. App. 71-72).

28. As Chief of SDDC's Personal Property Division, Mr. Hicks told George Thomas in June and August 2005 that the PowerTrack fee would continue to be reimbursed to TSPs until DPS (Families First) rolls out. (Response to Interrogatory 11; Pl. Supp. App. 1-2)

29. Mr. Hicks had contemporaneous knowledge that George Thomas, as SDDC's representative, advised TSPs that the PowerTrack fee would continue to be reimbursed until DPS by emails dated August 10, 2005 to Scott Michael (Pl. App. 31), dated June 30, 2005 to Charles L. White (Pl. App. 57), and dated July 29, 2005 to Sue Fuchtman (Pl. App. 66) and that Steven Savage gave the same advice to Scott Michael by email, dated June 7, 2005. (Pl. App. 29). Steve Savage

and Steffen Frey, employees of SDDC's contractor on PowerTrack, also had contemporaneous knowledge of George Thomas's emails and all senior officials in the Personal Property Division eventually knew of the emails. (Response to Interrogatory No. 12; Pl. Supp. App. 2).

30. Tom Hicks, Steve Savage and Steffen Frey all knew of the SDDC Web site posting of August 2005 (Pl. App. 60), which advised:

> "The TSP 1% reimbursement fee will continue for all TSPs participating in Phase I until DPS rolls out...." (Response to Interrogatory No. 13). (Pl. Supp. App. 2-3).

31. In response to an inquiry presented at a Military Industry Symposium, SDDC advised on March 17, 2005:

> "If PowerTrack is fully implemented in a middle of a rate cycle, TSPs will be reimbursed the 1% PowerTrack fee until Families First is rolled-out." (Pl. Supp. App. 4)

32. By email dated November 16, 2005 to Tom Hicks, Donna Jack and other SDDC officials, George Thomas stated in part:

> "Donna, as you are aware I was not part of nor do I agree with the decision to terminate the 1% TSP fee. All along we have told industry they will receive this fee until DPS rolls out. Now the battle has begun...." (Pl. App. 5).

33. Mr. Hicks' official job description as Chief of SDDC Personal Property Division provides that his official duties include the following:

> "...Develops personal property systems, policies and regulations in support of the MTMC [now SDDC] mission areas..."

* * *

> "Incumbent's opinions and guidance are treated as if given by the DCSPPP [Deputy Chief of Staff for Passenger and Personal Property.]"
>
> "Develops the DCSPPP personal property organization in the MTMC's [now SDDC's] operational budget and exercises its delegated discretionary authority to manage, allocate and distribute funds. Incumbent is responsible for effective management of any contracts where organization has Contracting Officer Representative (COR) responsibility."
>
> * * *
>
> "... Prepares MTMC [now SDDC] interpretations of statutory, regulatory, contractual and procedural guidelines relating to the use of commercial and Defense transportation systems...Exercises authority to commit the command to agreements and makes final decisions..."
>
> * * *
>
> "Provides MTMC [now SDDC] position on personal property transportation...issues to industry and DOD." (Pl. Supp. App. 6, 7).

34. Mr. Hicks' official job description as Chief of SDDC's Personal Property Division provides that he is accountable to the Deputy Chief of Staff for Passenger and Personal Property and requires him to communicate "potentially controversial situations" to appropriate parties. (Pl. Supp. App. 9).

35. As Deputy Chief of Staff for Passenger and Personal Property, Colonel Steven L. Amato is the official responsible for the information published on SDDC's Web site under the Department of Defense Web site Administrative Policies and Procedures which provide, <u>inter alia</u>,:

"3.1 DoD Component Heads and Heads of Subordinate Organizations that establish Web sites are responsible for instituting a process for the identification of information appropriate for posting to Web sites and the appropriate security and access controls. The steps of this process…include:

* * *

"3.1.6. Approval of the information for public release…"

"3.2…careful examination of the potential consequences of placing information on the Web must be undertaken before it is made available."

"3.5.1. Clearance Requirements for Publicly Accessible Web Site. Heads of DoD Components must establish…clearance review procedures for official DoD information that is prepared by or for DoD personnel and is proposed for posting to publicly accessible Web Sites."

"3.8.1. A reasonable effort to validate the accuracy of the information [must be accomplished]." (P1. Supp. App. 19, 20 21, 25).

Respectfully submitted,

s/Alan F. Wohlstetter
ALAN F. WOHLSTETTER
DENNING & WOHLSTETTER
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
Tel: (202) 833-8884
Fax: (202) 833-8886
Attorney for Plaintiffs

STANLEY I. GOLDMAN
DENNING & WOHLSTETTER
Of Counsel

November 6, 2006

CERTIFICATE OF SERVICE

I certify under penalty of perjury that on this 6th day of November 2006, I caused to be served by hand delivery, PLAINTIFFS' SUPPLEMENTAL PROPOSED FINDINGS OF UNCONTROVERTED FACT, addressed as follows:

Brian S. Smith,
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Room 4054
1100 L Street, NW
Washington, DC 20530

s/Stanley I. Goldman
Stanley I. Goldman