# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
STEVENS VAN LINES, INC., *et al.*, *
*
*Plaintiffs*, * Case No. 05-1278C
*
v. * Senior Judge Smith
*
THE UNITED STATES, * Filed: November 16, 2006
*
*Defendant*. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **SCHEDULES** a telephone hearing on Plaintiffs' Motion for Relief Pursuant to Plaintiffs' Motion to Compel Defendant to Answer Interrogatories and Produce Documents and Defendant's Response for Monday, November 27, 2006 at 2:45 p.m. EST.

**IT IS SO ORDERED**.

s/ Loren A. Smith
Loren A. Smith
Senior Judge