IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEVENS VAN LINES, INC., ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1278C |
| | ) | (Judge Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Defendant respectfully requests an enlargement of time of 11 days to and including December 1, 2006, within which to respond to plaintiff's opposition to our cross-motion for summary judgment. This is our first request for an enlargement for this purpose. We advised plaintiff's counsel of this motion by email on Sunday, November 19, 2006, at approximately 11:40 p.m. EST. We have not received a response of any kind from plaintiff's counsel as of the filing of this motion (late in the evening of November 20, 2006).

Plaintiff's opposition brief was filed on November 6, 2006, while defendant's counsel was out of town (and without access to the Court's ECF system). Counsel for the United States Army, however, obtained plaintiff's brief and began preparing a draft response which has recently been transmitted to defendant's counsel. Upon return to the office, and after receipt of plaintiff's brief, however, defendant's counsel was required to brief and conduct the hearing of a bid protest case, Senis v. United States, Fed. Cl. No. 06-603C (hearing conducted on

November 16, 2006), prepare a response to two newly filed briefs in Daewoo v. United States, Fed. Cl. No 04-1914C (plaintiff's briefs filed November 3 and 15, 2006, defendant's response being filed November 20, 2006), and begin responding to plaintiff's own unannounced motion for "relief" in this case (filed November 8, 2006), among many other activities related to defendant's counsel's other cases (due to departures in defendant's counsel's office, defendant's counsel has recently been assigned to handle no fewer than three ongoing cases before this Court and has also been assigned to handle two brand new cases). Further, plaintiff's opposition brief appears to concede the central point of its opening motion for summary judgment (that Mr. Thomas lacked authority to modify the terms of the notice in the Federal Register that unambiguously notified plaintiff that Powertrack reimbursement to plaintiff would cease on October 1, 2005), but plaintiff's opposition brief instead presents new arguments for liability and otherwise refocuses its previous arguments (including the addition of 35 new proposed findings of act). As a result of the events described above, and considering that the Thanksgiving holiday and the hearing upon plaintiff's own motion for relief falls within the requested enlargement period, defendant's counsel requires the additional time to fully prepare defendant's response to plaintiff's opposition brief. The enlargement is necessary for defendant's counsel to complete the

response to plaintiff's opposition brief, to submit it for supervisory review, and to file it.

For the foregoing reasons, we respectfully request the Court to grant our motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian Simkin
BRIAN SIMKIN
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

November 20, 2006

CERTIFICATE OF FILING

I hereby certify that on November 20, 2006, a copy of foregoing “DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith