IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STEVENS VAN LINES, INC., ET AL., Plaintiffs | |
| v. | No. 05-1278C (Judge Smith) |
| THE UNITED STATES, Defendant | |

## PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME

Plaintiffs Stevens Van Lines, Inc., et al. hereby respond to Defendant's Motion for an Enlargement of Time of 11 days from November 20, 2006 to December 1, 2006 (received this morning) to respond to Plaintiffs' Opposition to Defendant's Cross-Motion for Summary Judgment. Plaintiffs' counsel never received the prior notice of this Motion which defendant's counsel represents he sent by email at approximately 11:40 p.m. Sunday night, November 19, 2006 and I did not receive defendant's Motion, which was filed after close of business on November 20, 2006, until today, November 21, 2006. Since defendant's counsel's reason for requesting this enlargement is his case load, I do not understand why this motion was filed so late. Given the upcoming Thanksgiving holiday, we do not oppose defendant's Motion, but request that if the Court

agrees to depart from the schedule mutually agreed to by defendant as well as plaintiffs, that no further postponement be granted.

Respectfully submitted,

s/Alan F. Wohlstetter
ALAN F. WOHLSTETTER
DENNING & WOHLSTETTER
815 Connecticut Avenue, N.W.
Suite 500
Washington, D.C. 20006
Tel: (202) 833-8884
Fax: (202) 833-8886
Attorney for Plaintiffs

STANLEY I. GOLDMAN
DENNING & WOHLSTETTER
Of Counsel

Dated: November 21, 2006