# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
STEVENS VAN LINES, INC., *et al.*,

*Plaintiffs,*

v.

THE UNITED STATES,

*Defendant.*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

Case No. 05-1278C

Senior Judge Smith

Filed: November 27, 2006

**ORDER**

The Court hereby **RESCHEDULES** the telephone hearing on Plaintiffs' Motion for Relief Pursuant to Plaintiffs' Motion to Compel Defendant to Answer Interrogatories and Produce Documents and Defendant's Response originally scheduled for Monday, November 27, 2006 at 2:45 p.m. EST, now to take place on Thursday, December 7, 2006 at 2:00 p.m. EST.

**IT IS SO ORDERED**.

s/ Loren A. Smith
Loren A. Smith
Senior Judge