# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
STEVENS VAN LINES, INC., *et al.*, *
*
*Plaintiffs,* * Case No. 05-1278C
*
v. * Senior Judge Smith
*
THE UNITED STATES, * Filed: December 4, 2006
*
*Defendant.* *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby GRANTS Defendant's Motion for Enlargement of Time, with filing as of December 1, 2006.

**IT IS SO ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE