# In the United States Court of Federal Claims

| | | |
|---|---|---|
| STEVENS VAN LINES, INC., *et al.*, | | |
| *Plaintiffs,* | | Case No. 05-1278C |
| v. | | Senior Judge Smith |
| THE UNITED STATES, | | Filed: December 11, 2006 |
| *Defendant*. | | |

**ORDER**

After consideration of the parties' arguments to this Court, Plaintiffs' Motion to Compel Defendants to Answer Interrogatories and Produce Documents and Plaintiffs' associated Motion for Relief are hereby **DENIED**. Oral Argument remains scheduled for January 11, 2007 at 2:30 p.m. EST at the United States Court of Federal Claims, Howard T. Markey National Courts Building, Courtroom #9.

**IT IS SO ORDERED**.

s/ Loren A. Smith
Loren A. Smith
Senior Judge