# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *
STEVENS VAN LINES, INC., *et al.*, *
*Plaintiffs*, * Case No. 05-1278C
v. * Senior Judge Smith
THE UNITED STATES, * Filed: January 12, 2007
*Defendant*. *
* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER and NOTICE**

After hearing oral arguments on January 11, 2007 and reviewing the parties' briefs and appendices, the Court notifies the parties that it has obtained complete copies of the following documents only partially included with the parties' filings:

Solicitation I-16 (IW05) and revisions thereto.
Solicitation D-10 (DW05) and revisions thereto.

The Court further **ORDERS** Defendant to file and serve the following document(s) to this Court on or before Friday, January 19, 2007:

SDDC pamphlet 55-4 ("How to Do Business in the Department of Defense Personal Property Program") as it existed as of May 15, 2005, and any revisions thereto through January 1, 2006.

**IT IS SO ORDERED**.

s/ Loren A. Smith
Loren A. Smith
Senior Judge