IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEVENS VAN LINES, INC., ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1278C |
| | ) | (Judge Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING OF SDDC PAMPHLET 55-4

Pursuant to the Court's order of January 12, 2007, defendant submits herewith the following.

1. SDDC pamphlet 55-4 as it existed as of May 15, 2005, which consists of an electronic copy of pamphlet 55-4 effective March 19, 1995, plus associated forms and appendices.

2. SDDC pamphlet 55-4, effective January 6, 2006, which consists of an electronic copy of pamphlet 55-4 dated January 6, 2006, without associated forms and appendices.

Both of these documents are being provided on a cd-rom to plaintiff's counsel, the Court's chambers, and filed with the Clerk of the Court. If the Court requires any further information, clarification, or the documents in any other form, we will provide it as soon as possible.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Bryant G. Snee
BRYANT G. SNEE
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

January 19, 2007