IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEVENS VAN LINES, INC., ET AL., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 05-1278C |
| | ) | (Judge Smith) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S SUPPLEMENTAL NOTICE OF FILING OF SDDC PAMPHLET 55-4

Pursuant to the Court’s order of January 12, 2007, defendant respectfully submits the following supplemental information and materials:

Subsequent to our obtaining and furnishing the Court with a March 19, 1995, version of SDDC pamphlet 55-4 and a January 6, 2006, version of SDDC pamphlet 55-4, we obtained a version of SDDC pamphlet 55-4 dated December 1, 2004, with three modifications that were issued between December 1, 2004, and January 1, 2006. We believe this document better complies with the Court’s order of January 12, 2007, to provide “SDDC pamphlet 55-4 (“How to Do Business in the Department of Defense Personal Property Program”) as it existed as of May 15, 2005, and any revisions thereto through January 1, 2006[,]” than the other versions of SDDC pamphlet 55-4 previously submitted.

We are providing electronic copies of this document via the Court’s ECF system to the Court and all parties.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

s/Brian S. Smith
BRIAN S. SMITH
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Washington, D. C. 20530
Tele: (202) 616-0391
Fax: (202) 353-7988

Attorneys for Defendant

January 25, 2007

CERTIFICATE OF FILING

I hereby certify that on January 25, 2007, a copy of foregoing "DEFENDANT'S SUPPLEMENTAL NOTICE OF FILING OF SDDC PAMPHLET 55-4" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian S. Smith