# HOW TO DO BUSINESS IN THE DEPARTMENT OF DEFENSE PERSONAL PROPERTY PROGRAM

December, 1 2004



SDDC PAM 55-4

Unclassified

# TABLE OF CONTENTS


**INTRODUCTION** 5
**SECTION I – New Entrants** 5
**A. Overview** 5
**B. Qualification Requirements** 7
**1. Standard Carrier Alpha Code (SCAC)** ........ 7
**2. Central Contractor Registration** ........ 7
**3. Electronic Transportation Acquisition Registration** ........ 8
**4. Digital Identity Certificate Verification** ........ 8
**5. Submission Requirements for Web Forms and Fax Documents:** ........ 9
**6. Qualification Requirements for New Entrants** ........ 9
a. Financial Data/Statements and Financial Ratios 9
b. Certificate of Cargo Liability Insurance 10
c. Performance Bonds 10
d. Electronic Tender of Service Signature Sheet Requirement 11
(ETOSSS) 11
e. Certificate of Responsibility 12
f. Company Experience Requirements 13
g. Federal and State Regulatory Compliance 13
h. Certificate of Independent Pricing 14
i. Required Forms 14
**SECTION II – Currently Approved TSPs** 15
**A. Applying for Additional Market Approval** 15
**B. Currently Approved Carriers** 16
1. Standard Carrier Alpha Code (SCAC) 16
2. Central Contractor Registration 17
3. Electronic Transportation Acquisition Registration 17
4. Digital Identity Certificate Verification 17
5. Submission Requirements for Web Forms and Fax 18
Documents: 18
6. Federal and State Regulatory Compliance 19
**C. Additional Market Qualification Requirements** ........ 19
a. Currently Approved DoD Interstate Domestic TSPs Seeking
Additional Intrastate Approval 19
b. Currently Approved DoD Intrastate Domestic TSPs Seeking 20
Additional Interstate Approval 20
c. Currently Approved DOD Interstate/Intrastate Domestic TSPs
Seeking Additional International Approval 20

d. Currently Approved DoD International TSPs Seeking Additional Inter/Intrastate Approval 20
e. Currently Approved DoD TSPs Seeking Additional Boat or Mobile Home Approval 21
f. Required Forms 21
**SECTION III – Matters applicable to both Currently Approved TSPs and New Entrants after approval is gained 23**
**A. Participation in the Department of Defense Personal Property Program ........ 23**
(1) Changes in Required TSP Information 23
(2) Annual Financial Data/Statement Requirements 23
(3) Change in Insurance Notification 24
(4) Annual Performance Bond Increases 24
(5) Change of Ownership, Name, or Key Personnel Notification Requirements 25
**B. Optional Item ........ 25**
**Electronic Data Interchange (EDI)/Trading Partner Agreement (TPA)25**
**C. Qualification Timeline ........ 25**
**D. SDDC Decisions ........ 26**
**E. TSP Appeals from Decisions ........ 26**
**F. Make-up Tonnage ........ 27**
**G. SDDC is Not Responsible For, and Shall Not Interfere In, Commercial Dealings of TSPs, their Subcontractors and Vendors....... 27**
**Appendix A – TSP Application Submission Instructions 28**
**Electronic Tender of Service Signature Sheet (ETOSSS)........ 31**
PART I - CERTIFICATION 31
PART II - TYPE OF SERVICE 32
PART III - TSP PROCESSING DATA 32
PART IV - SCAC/AND/OR TSP NAME CHANGE 32
PART V – INDIVIDUAL SHAREHOLDER(S) OR PARTNER(S) INFORMATION 33
PART VI – KEY PERSONNEL 33
PART VII - SMALL BUSINESS CERTIFICATION 33
PART VIII - PRESIDENT'S CERTIFICATION 33
**Certificate of Independent Pricing 33**
**Certificate of Cargo Liability Insurance 33**
**Performance Bond 34**
**Financial Data/Statement 34**
**Certificate of Responsibility........ 35**
**Appendix B – Definitions 36**

| | |
|---|---|
| **Appendix C – Additional Forms** | 41 |
| CHANGE OF OWNERSHIP NOVATION AGREEMENT | 41 |
| CHANGE OF COMPANY NAME NOTIFICATION | 43 |
| **Appendix D – Recommended Publications and Hot Links** | 44 |
| **Appendix E – ETA Access Approval Procedures for Industry** | 45 |
| **Participants** | 45 |
| **Appendix F – CERTIFICATE OF RESPONSIBILITY** | 50 |
| **Appendix G – CONTACT INFORMATION** | 52 |

# INTRODUCTION

Currently approved Transportation Service Providers (TSPs) and New Entrants, welcome. This pamphlet is intended to give you guidance on what you must do to demonstrate your qualifications to do business in the domestic and international personal property programs. The pamphlet addresses New Entrants (Section I), Currently Approved TSPs (Section II), and also addresses matters pertinent to both Currently Approved TSPs and prospective New Entrants(Section III). New Entrants and expanded market approval will only be considered during an open season. Open seasons will be announced via our Military Surface Deployment and Distribution Command (SDDC), Alexandria, Virginia homepage (www.sddc.army.mil). This pamphlet does not apply to the non-temporary storage program, the direct procurement method program, or the privately owned vehicle program.

The DoD Personal Property Program has four components:

- Domestic Personal Property Program – Interstate and Intrastate shipments within CONUS
- International Personal Property Program – Shipments to/from CONUS/OCONUS as well as shipments between OCONUS destinations
- Mobile Home Personal Property Program – Movement of mobile homes within CONUS using One-Time-Only rates
- Boat Personal Property Programs – Movement of boats within CONUS by tow-away or commercial haul using One-Time-Only rates

TSPs wishing to participate in any of these programs must be approved by SDDC before filing rates. Qualification involves, among other things, satisfying the TOS, international rate solicitations and/or domestic rate solicitations, PowerTrack agreement and certification, as applicable. Once qualified, a TSP's approval to participate in the program is valid unless the TSP fails to maintain other program requirements or is removed from the program by SDDC at SDDC's sole discretion. There is no right or entitlement to receive authorization to participate in the program or, once authorized, to continue participating.

# SECTION I – New Entrants

## A. Overview

SDDC is responsible for the qualification of TSPs for the Department of Defense (DoD) Personal Property Program. This "How to Do Business in the Department of Defense Personal Property Program," SDDC Pamphlet 55-4, outlines the requirements and contains the procedures for qualifying to participate in the program.

We recommend that all new applicants that wish to become TSPs read the Tender of Service (TOS), which is located in Appendix B of the Defense Transportation Regulation (DTR) Part IV, DOD 4500.9R. The TOS is the basic document that specifies the terms and conditions of participation in the program. Please read the TOS carefully and thoroughly. It provides details concerning qualification procedures, mutual agreements and understandings, service and performance requirements and certifications. The TOS is available via the SDDC website. Please see Appendix D of this How to do Business in the Department of Defense Personal Property Program pamphlet for instructions on viewing the TOS.

Before SDDC will grant approval applicants must meet the requirements listed below including electronic submission of applicable forms, documentation and certifications. SDDC reserves discretion to exercise judgment in deciding approval authorizing TSPs to offer transportation services in support of the program, but does not guarantee award of shipments; traffic distribution is based on the procedures outlined in DTR Chapter 402. New Entrants applying to the program must comply with each of these requirements:

- Electronic Transportation Acquisition (ETA) Requirement – Currently approved TSPs and new entrants must obtain a login and password to ETA in order to submit qualification documents to SDDC. To maintain this ID and password, the ID/password must be utilized at least monthly or the account will be locked.
- Certificate of Independent Pricing (CIP) Requirements – Participating TSPs must certify independent development and submission of rates each time a rate is submitted in accordance with the terms of the certification.
- Certificate of Responsibility Requirements – TSPs must submit this certification each rate filing cycle.
- Optional Reference Check – SDDC may, as it deems appropriate, ask for and contact references to verify a TSP's experience.

**Digital Identity Certificate Requirement.** The implementation date for digital certificate is currently on hold. DoD will require that all users of DoD systems use digital certificates to access those DoD systems. Commercial users (TSP, TSP's Surety Companies for the Performance Bond, Insurance Providers for the Cargo and Liability Insurance and CPAs for the submission of financials) must obtain a digital certificate from one of the External Certificate Authority vendors at a cost. At a minimum you must purchase the "identity" certificate. Some of the vendors offer "encryption" certificates for use with E-mail but that is not required for use with ETA. Currently, Digital Certificates are optional for TSPs applying to the program. Commercial users will not be able to access any of the DoD systems without the Digital Certificate. Be aware that each ETA user-ID may have only one unique certificate associated with it. You will be directed how to link your certificate to your ETA user-ID (i.e. TSP) on the ETA home page. SDDC recommends companies purchase and begin to use the new digital capability before it becomes mandatory. Questions referring to Electronic Transportation Acquisition (ETA) or Digital Certificate should be directed to ETA administrator by

clicking on Contact ETA at email address https://eta.sddc.army.mil or contact Transportation Operational Personal Property Standard System (TOPS) help desk at 800-331-7348.

**PowerTrack** – All DOD approved TSPs wishing to perform transportation related services for the DOD must have an agreement with USBank and be PowerTrack certified for the electronic payment of commercial transportation services within 30 days of obtaining DOD approval to participate in the program. Failure to execute this agreement and certification will result in removal from the program. The Electronic Billing and Payment portion of the Families First Web Site is located at www.sddc.mtmc.army.mil, under the Personal Property Program. US Bank/Power Track Help Desk can be reached at 866-561-6930 (Domestic) and 0-800-101-5396 (International). The email address is PowerTrack@USBank.com and the subject should show "HHG". These numbers are available 24/7. Additional information on PowerTrack is available at www.usbank.com/powertrack.

## B. Qualification Requirements

The qualification requirements are listed below for new entrants and currently approved TSPs that wish to remain in the program. New entrants are those seeking initial entry into the program i.e., those not currently approved for participation in the program.

Each TSP seeking qualification must comply with the following requirements to be eligible to submit documents to SDDC for consideration in the program:

### 1. Standard Carrier Alpha Code (SCAC)

TSPs, including applicants and whether or not the TSP is CFAC with a program participant, must obtain and maintain its unique valid four-digit alpha code from the National Motor Freight Traffic Association (NMFTA), 2200 Mill Road, Alexandria, Virginia 22314, at phone (703) 838-1831. Each part of a TSP doing business as a motor carrier, freight forwarder or broker, must have its own SCAC. The SCAC is required on all correspondence to the government for identification purposes. NMFTA charges an annual fee to maintain SCACs. Failure to maintain a valid SCAC at all times will result in removal from the program.

### 2. Central Contractor Registration

All TSPs doing business with DOD must be registered in the Central Contractor Registration (CCR) database. Consideration of TSPs for future participation in SDDC procurements of transportation and transportation services, future solicitations, awards, and payments will be based on CCR registration. TSPs register only once, but must update information annually. TSPs should register directly via the Internet at www.ccr.gov. CCR customer service is available through the CCR Customer Service Center at (888) 227-2423 or (888) 352-9333, option # 3.

## 3. Electronic Transportation Acquisition Registration

All web forms that are submitted on-line will require authentication using SDDC's Electronic Transportation Acquisition (ETA) system. TSPs seeking qualification approval, as well as currently approved TSPs editing/submitting web forms to maintain approval, will need an ETA account. To request this account visit the ETA homepage located at www.sddc.army.mil. Click on "Access ETA Systems", click on "Register for the First Time", scroll down to Personal Property, check Personal Property Carrier Qualification then select the appropriate role. The following roles are available for selection:

- TSP (Transportation Service Provider)
- Insurance Company
- Surety Company
- CPA (Certified Public Accountant)

Scroll down to Generate Request Form, click on "General Request Form". Your User Id
will be emailed to you. Your password will follow, after approval, via a separate email.

## 4. Digital Identity Certificate Verification

DoD will require that all users of DoD systems use digital certificates as means of access to those systems. The date for DoD to completely transition to the use of these certificates is currently on hold. At that time, commercial users must obtain a digital certificate from one of the External Certificate Authority vendors at a cost. At a minimum you must purchase the "identity" certificate. Some vendors offer "encryption" certificates for use with E-mail, but that is not required for use with ETA. Currently, Digital Certificates are optional. Commercial users will not be able to access any of the SDDC systems without the Digital Certificate. Be aware that each ETA user-id may have only one unique certificate associated with it. You will be directed how to link your certificate to your ETA user-id on the ETA home page.

The qualification process requires TSPs and their Surety Company, Insurance Company, and Certified Public Accountant, to use a digital identity certificate from one of these three venders:

a. Operational Research Consultants (ORC), http://eca.orc.com/
b. Digital Signature Trust (DST), http://www.digsigtrust.com/federal/DoD.html
c. Verisign, http://www.verisign.com/enterprise/government/ieca-DoD.html

These three companies are the only ones currently approved to provide this capability to the DoD. A digital identity certificate is the digital equivalent of an ID card. For DoD military, civilians and authorized contractors, digital identity certificates will be located on a Common Access Card (CAC). For commercial users, it will be a file that resides on your PC. When you access a SDDC system, the system will check your PC for a digital

identity certificate. If you have one, it will verify the user information and allow you to access the system(s) for which you have been approved. Using digital identity certificates provides a tighter security environment than user identifications and passwords.

## 5. Submission Requirements for Web Forms and Fax Documents:

**Web Forms** (The following *web forms* must be submitted via the web.):

a. Electronic Tender of Service Signature Sheet (ETOSSS) submitted by the TSP
b. Certificate of Cargo Liability Insurance submitted by the TSP's insurer
c. Performance Bond (for Domestic Interstate and/or International) submitted by the TSP's surety company
d. Certificate of Independent Pricing (CIP) submitted by the TSP
e. Financial Data/Statements (Audited or Reviewed Financial Data/Statements) submitted by the TSP's independent Certified Public Accountant (or Chief Financial Officer for publicly held firms)
f. Certificate of Responsibility submitted by the TSP

**Faxed Documents** (Must be submitted via FAX ONLY to SDDC Alexandria, VA at (703) 428-3321. Hard copy documents received via the mail and faxes not received at (703) 428-3321 will not be accepted.):

a. Proof of Federal and State Regulatory Compliance - the *only* operating authority acceptable to meet this requirement is issued by the Department of Transportation (DOT) Federal Motor Carrier Safety Administration (FMCSA). Maritime Commission certificates and permits will not be accepted. Acceptable Types of Operating Authority are listed below:

   1.) DOT FMCSA Motor Carrier Certificate

   2.) DOT FMCSA Freight Forwarder Permit

   3.) DOT FMCSA Broker License

   4.) State Permit (for Intrastate Program)

   5.) Articles of Incorporation (only upon SDDC's request)

b. Key Personnel Resumes or References (Only upon SDDC's request)
c. Proof of Company Experience (Only upon SDDC's request)

## 6. Qualification Requirements for New Entrants

a. Financial Data/Statements and Financial Ratios

To qualify for participation in the program, TSPs must have a Quick Ratio of 1:1 or better and a Debt to Equity ratio of 4:1 or less. SDDC expects the TSPs to meet these requirements at the time of application and maintain acceptable ratios while participating in the DoD program. New entrants must have their independent CPAs submit their most current financial data that has been audited or reviewed. Publicly held firms may have their Chief Financial Officer (CFO) submit the required financial data based on annual reports reviewed by the firm's independent auditor and submitted to the Securities and Exchange Commission (SEC). SDDC retains sole discretion to decide whether TSPs that meet the ratios should non the less be excluded from the program or, conversely, whether it serves the government's best interest to allow TSPs that cannot satisfy the ratios to enter or continue in the program. See Appendix A of this pamphlet for definitions of ratios and instructions for completing the Personal Property Qualification Web (PPQWEB) financial data form.

## b. Certificate of Cargo Liability Insurance

For Domestic and International programs, the minimum cargo liability insurance coverage per shipment will be $22,500. The aggregate amount will remain $150,000. The Certificate of Cargo Liability Insurance form (located on SDDC's website, must be submitted by the TSP's insurance representative. No other forms will be accepted. The certificates of cargo liability must be executed by an insurer with a rating of "A-" or better in the Best Key Rating Guide.

For Mobile Home/Boat program, the cargo liability insurance coverage minimum amount per shipment is $40,000. The Certificate of Cargo Liability Insurance form is located on SDDC's website and must be submitted by your insurance representative. No other form will be accepted.

The Certificate of Cargo Liability Insurance form contains a statement that the insurance company will give a 30-day written notice of any changes, expiration, or cancellations of the insurance policy. The insurance company must submit the notice of cancellation by sending a fax to (703) 428-3321. The 30-day notice period begins from the date the notification is actually received at SDDC. Deductibles are not permitted in the policy and are not a valid defense for claims filed by shipper, consignees, or the DOD.

Instructions on how to view and complete the Insurance Certificate web form are contained in Appendix A of this pamphlet.

## c. Performance Bonds

Performance Bonds are required in both the international and domestic interstate programs. The bond requirement does not apply to domestic intrastate TSPs.

For the international program the bond requirement is a minimum of $100,000 or 2.5% of previous-year international DOD revenue, whichever is greater. International TSPs must have their surety company representative submit a "continuous until cancelled" bond. SDDC will review the international bond amount annually.

For the domestic interstate program the bond requirement is a minimum of $50,000 or 2.5% of previous-year DOD domestic interstate revenue, whichever is greater. Domestic interstate TSPs currently participating in the program must have their surety company representative submit a "continuous until cancelled" bond. SDDC will review domestic bonds annually.

When SDDC determines that either the international or domestic bond needs to be increased, the TSP will be notified in writing and provided 30 days to submit a new bond or a rider to the current bond on file reflecting the updated amount.

Performance bonds (Domestic and International, whichever is applicable) must be continuous with no lapse in coverage. If a lapse in coverage occurs, DOD TSP approval will be revoked.

Instructions on how to view and complete the Performance Bond web form are contained in Appendix A of this pamphlet.

## d. Electronic Tender of Service Signature Sheet Requirement (ETOSSS)

The company's President must certify that: (i) the information in the ETOSSS application is true and correct; and (ii) the company agrees to provide service as set forth in the TOS and applicable rate solicitation. The ETOSSS includes important ownership information. It also contains: a checklist that the TSP meets all minimum qualification requirements; an International and/or Domestic CFAC certification; the type of service the TSP will be performing (Codes 1, 2, Mobile Home, Tow-a-way Boat, Commercial Boat, International HHG and/or UB); the Standard Carrier Alpha Code; the Basic Federal/State Permit Number, TSP type (Freight Forwarder, Motor Carrier, Broker); Employer's IRS identification number; TSP's name; physical and mailing address, telephone numbers, email address; shareholder/partner information; officials authorized to submit electronic forms; Key Personnel; Small Business Certification; and the President's Certification Statement.

1.) **Common Financial and/or Administrative Control (CFAC)** is addressed in Part I of the ETOSSS. CFAC means the power, actual as well as legal, to

influence the management, direction or functioning of a business organization. CFAC must be declared in accordance with the TOS. The fact that SDDC allows CFAC does, not, however, mean that commonly owned entities may have less than completely independent pricing or otherwise collude on pricing. TSPs declaring CFAC cannot compete in the same rate channel in the same code of service in the International Program. Domestic TSPs must declare CFAC on the ETOSSS. While there is no restriction in the domestic program on TSPs participating in the same lane of traffic or same code of service, they must declare CFAC. A TSP failing to disclose CFAC may be removed from the program for a period of up to two years and may be prosecuted for filing a false official statement in violation of 18 USC 1001.

2.) **Key Personnel:** Transportation Service Providers must list each company official, CEO, CFO, President, Vice President, Treasurer, Secretary, Operations Manager, Dispatcher, Director and Trusted Agent(s). TSPs must continually have two (2) key personnel involved in the management of the company (excluding the Treasurer and Secretary) that have at least three (3) years of experience in the movement of personal property shipments. Experience from employment with an international freight forwarder, van line, agent, or relocation move management company are some examples of acceptable forms of occupational training for purposes of meeting this requirement. SDDC reserves the right to request proof of three-year experience in transporting Personal Property, of the two key employees (i.e. a resume, references, etc.).

Instructions for submitting resumes, references etc., are contained in Appendix A of this pamphlet.

3.) **Small Business Certification**: TSPs are required to self-certify whether they are a Small Business entity. This information is used for statistical purposes only. The ETOSSS contains a link that gives the criteria for being a small business.

TSPs are required to submit an updated ETOSSS web form as changes occur to the information provided.

Instructions on how to view and complete the ETOSSS web form are contained in Appendix A of this pamphlet.

## e. Certificate of Responsibility

The TSP must file with each rate cycle filing a Certificate of Responsibility. A TSP's President or Chief Executive Officer (CEO), whomever ranks higher, must submit a Certificate of Responsibility.

f. Company Experience Requirements

This requirement pertains to new entrants seeking initial approval. As stated above, each New Entrant/applicant must have its own SCAC code. The TSP must have three years Government and/or commercial experience in the movement of personal property. SDDC will use the date on the DOT FMCSA operating authority (i.e., FMCSA Motor Carrier Certificate, FMCSA Freight Forwarder Permit, FMCSA Broker License, or State Permit if applicable), or if the state in which the new entrant has obtained the three years of government and/or commercial personal property movement experience is deregulated, the date on the company's Articles of Incorporation for determining the company three-year experience requirement. SDDC reserves the right to request additional proof of three-year personal property experience, e.g., bills of lading, commercial invoices, etc., for proof of personal property movement. SDDC reserves the right to disregard experience received before a break-in-service or that has not been accrued for three consecutive years immediately prior to the application for program admission. Experience of a CFAC entity will not be credited or otherwise ascribed to the New Entrant/applicant.

Instructions on how to submit proof of company experience are contained in Appendix A of this pamphlet.

g. Federal and State Regulatory Compliance

TSPs are required to comply with all applicable Federal, State and Local requirements for the movement and storage of personal property. TSPs must: (i) annotate on the ETOSSS their DOT FMCSA Motor Carrier, DOT FMCSA Freight Forwarder, or DOT FMCSA Broker License number assigned by the Department of Transportation; and (ii) annotate their applicable DOT number. SDDC will use the DOT's Licensing and Insurance System to verify a TSP's valid household goods operating authority. Interstate and International TSPs must provide a copy of the DOT FMCSA Freight Forwarder permit, DOT FMCSA Motor Carrier certificate, or DOT FMCSA Broker License. The DOT FMCSA issues the only authority acceptable to meet this requirement. Maritime Commission certificates and permits will not be accepted.

If you have intrastate authority ONLY, you must fax a copy to (703)428-3321 of your state permit. If that state is deregulated and no permit is issued, you must submit a fax copy of your Articles of Incorporation.

The TSP must maintain valid household goods operating authority at all times. If authority becomes invalid, DOD TSP approval will be revoked.

Instructions on how to submit proof of Federal and State Regulatory Compliance are contained in Appendix A of this pamphlet.

### h. Certificate of Independent Pricing

A TSP must submit a CIP for each rate cycle and each program (Intrastate, Interstate and International) that an Initial Filing rate is submitted. Therefore, no CIP is required for me-too rate submissions. This certificate must be electronically signed by a TSP's President or Chief Executive Officer (CEO), whoever ranks higher.

TSPs must submit the electronically signed Certification of Independent Pricing attached hereto at Appendix A of this pamphlet.

Instructions on how to submit the Certificate of Independent Pricing web form are contained in Appendix A of this pamphlet.

### i. Required Forms

To document compliance with the above qualification requirements, TSPs seeking approval must submit the following forms and documents within the time frame specified for the open application period:

1.) Electronic Tender of Service Signature Sheet (ETOSSS)
2.) Certificate of Cargo Liability Insurance
3.) Performance Bond (for Domestic Interstate and International)
4.) Certificate of Independent Pricing
5.) Audited or Reviewed Financial Data/Statements submitted by the TSP's independent Certified Public Accountant or Chief Financial Officer for publicly held firms
6.) Certificate of Responsibility

**Faxed Documents** (Must be submitted via FAX ONLY to SDDC Alexandria, VA at (703) 428-3321. Hard copy documents received via the mail and faxes not received at (703) 428-3321 will not be accepted.):

**1.) Proof of Federal and State Regulatory Compliance**

Copy of the DOT FMSCA Operating Authority

(-) DOT FMCSA Motor Carrier Certificate
(-) DOT FMCSA Freight Forwarder Permit
(-) DOT FMCSA Broker License
(-) State Permit (Intrastate)
(-) Articles of Incorporation

Proof of Federal and State Regulatory Compliance, the ***only*** operating authority acceptable to meet this requirement is issued by the DOT FMCSA. Maritime Commission certificates and permits will not be accepted. Acceptable Types of Operating Authority are listed below

2.) Key Personnel Resumes or References (Only upon request by SDDC)