3.) Proof of Company Experience (Only upon request by SDDC)

# SECTION II – Currently Approved TSPs

## A. Applying for Additional Market Approval

Currently approved TSPs are those seeking approval to do business in an additional market e.g., domestic interstate/intrastate, international household goods or international unaccompanied baggage.

As stated in the Program Overview, currently approved TSPs have no entitlement to remain in the program. To remain in the program, they must periodically submit, and maintain all required documents, including all certificates.

We recommend that you read the Tender of Service (TOS), which is located in Appendix B of the Defense Transportation Regulation (DTR) Part IV, DOD 4500.9R. The TOS is the basic document which specifies the terms and conditions of participation in the program. The TOS must be read carefully and thoroughly as it provides details concerning qualification procedures, mutual agreements and understandings, service and performance requirements and certifications. The TOS is available via the SDDC website. Please see Appendix D of this How to do Business in the Department of Defense Personal Property Program pamphlet for instructions on viewing the TOS.

Approval permits TSPs to offer transportation services in support of the program, but does not guarantee award of shipments; traffic distribution is based on the procedures outlined in DTR Chapter 402.

TSPs seeking additional approvals to the program must comply with each of these requirements:

- Electronic Transportation Acquisition (ETA) Requirement – Currently approved TSPs and new entrants must obtain a login and password to ETA in order to submit qualification documents to SDDC. To maintain this ID and password, the ID/password must be utilized at least monthly or the account will be locked.
- Certificate of Independent Pricing Requirements – Participating TSPs must certify independent development and submission of rates each time a rate is submitted in accordance with the terms of the certification.
- Certificate of Responsibility Requirements – TSPs must submit this certification each rate filing cycle.
- Optional Reference Check – SDDC can, as necessary, ask for and contact business references to verify that a TSP has met experience requirements.

**Digital Identity Certificate Requirement**. The implementation date for digital certificate is currently on hold. DoD will require that all users of DoD systems use digital certificates to access those DoD systems. Commercial users (the TSP, TSP's Surety Companies for the Performance Bond, Insurance Providers for the Cargo and Liability Insurance and CPAs for the submission of financials) must obtain a digital certificate from one of the External Certificate Authority vendors at a cost. At a minimum you must purchase the "identity" certificate. Some of the vendors offer "encryption" certificates for use with E-mail but that is not required for use with ETA. Currently, Digital Certificates are optional. Commercial users will not be able to access any of the DoD systems without the Digital Certificate. Be aware that each ETA user-id may have only one unique certificate associated with it. You will be directed how to link your certificate to your ETA user-id (i.e. TSP) on the ETA home page. SDDC recommends companies purchase and begin to use the new digital capability before it becomes mandatory.

The DoD Personal Property Program has four components:

- Domestic Personal Property Program – Interstate and Intrastate shipments within CONUS
- International Personal Property Program – Shipments to/from CONUS/OCONUS as well as shipments between OCONUS destinations
- Mobile Home Personal Property Program – Movement of mobile homes within CONUS using One-Time-Only rates
- Boat Personal Property Programs – Movement of boats within CONUS by tow-away or commercial haul using One-Time-Only rates

## B. Currently Approved Carriers

Currently approved TSPs have no entitlement to remain in the program. To remain in the program, currently approved TSPs must maintain all required documents and certifications in a current status in accordance with this pamphlet. Once qualified, a TSP's approval to participate in the program is valid unless the TSP fails to maintain other program requirements, e.g., those identified in the TOS, the international rate solicitation or domestic rate solicitation or SDDC pamphlet 55-4.

### 1. Standard Carrier Alpha Code (SCAC)

TSPs must obtain and maintain a valid four-digit alpha code from the National Motor Freight Traffic Association (NMFTA), 2200 Mill Road, Alexandria, Virginia 22314, at phone (703) 838-1831. The SCAC is required on all correspondence to the government for identification purposes. NMFTA charges an annual fee to maintain SCACs. Failure to maintain a valid SCAC at all times will result in removal from the program.

## 2. Central Contractor Registration

All TSPs doing business with DoD must be registered in the Central Contractor Registration (CCR) database. Consideration of TSPs for future participation in SDDC procurements of transportation and transportation services, future solicitations, awards, and payments will be based on CCR registration. TSPs register only once, but must update information annually. TSPs should register directly via the Internet at www.ccr.gov. CCR customer service is available through the CCR Customer Service Center at (888) 227-2423 or (888) 352-9333, option # 3.

## 3. Electronic Transportation Acquisition Registration

All web forms that are submitted on-line will require authentication using SDDC's Electronic Transportation Acquisition (ETA) system. TSPs seeking qualification approval will need an ETA account as well as currently approved TSPs editing/submitting web forms to maintain TSP approval. To request this account visit the ETA homepage located at www.sddc.army.mil. Click on "Access ETA Systems", click on "Register for the First Time", scroll down to Personal Property, check Personal Property Carrier Qualification then select the appropriate role. The following roles are available for selection:

- TSP
- Insurance Company
- Surety Company
- CPA

Scroll down to Generate Request Form, click on "General Request Form". Your User Id will be emailed to you. Your password will follow, after approval, via a separate email.

## 4. Digital Identity Certificate Verification

DoD will require that all users of DoD systems use digital certificates as means of access to those systems. The date for DoD to completely transition to the use of these certificates is currently on hold. At that time, commercial users must obtain a digital certificate from one of the External Certificate Authority vendors at a cost. At a minimum you must purchase the "identity" certificate. Some of the vendors offer "encryption" certificates for use with E-mail but that is not required for use with ETA. Currently, Digital Certificates are optional. Commercial users will not be able to access any of the SDDC systems without the Digital Certificate. Be aware that each ETA user-id may have only one unique certificate associated with it. You will be directed how to link your certificate to your ETA user-id on the ETA home page.

The qualification process requires TSPs and their Surety Company, Insurance

Company and Certified Public Accountant to use a digital identity certificate from one of the three venders listed below:

a. Operational Research Consultants (ORC), http://eca.orc.com/
b. Digital Signature Trust (DST), http://www.digsigtrust.com/federal/DoD.html
c. Verisign, http://www.verisign.com/enterprise/government/ieca-DoD.html

These three companies are the only ones currently approved to provide this capability to the DoD. A digital identity certificate is the digital equivalent of an ID card. For DoD military, civilians and authorized contractors, digital identity certificates will be located on a Common Access Card (CAC). For commercial users, it will be a file that resides on your PC. When you access a SDDC system, the system will check your PC for a digital identity certificate. If you have one, it will verify the user information and allow you to access the system(s) for which you have been approved. Using digital identity certificates provides a tighter security environment than user identifications and passwords.

## 5. Submission Requirements for Web Forms and Fax Documents:

The following web forms must be submitted via the web.

a. Electronic Tender of Service Signature Sheet (ETOSSS) submitted by the TSP
b. Certificate of Cargo Liability Insurance submitted by the TSP's insurer
c. Performance Bond (for Domestic Interstate and/or International) submitted by the TSP's surety company
d. Certificate of Independent Pricing submitted by the TSP Financial Data/Statements (Audited or Reviewed Financial Data/Statements) submitted by the TSP's independent Certified Public Accountant (or Chief Financial Officer for publicly held firms) Certificate of Responsibility submitted by the TSP

**Faxed documents** must be submitted via FAX ONLY to SDDC, Alexandria, Virginia at (703) 428-3321. If any of the following documents are received via mail or are faxed to any other fax number other than (703) 428-3321, will not be accepted. Proof of Federal and State Regulatory Compliance, the only operating authority acceptable to meet this requirement is issued by the DOT FMCSA.

Maritime Commission certificates and permits will not be accepted. Acceptable Types of Operating Authority are listed below:

1.) DOT FMCSA Motor Carrier Certificate

2.) DOT FMCSA Freight Forwarder Permit

3.) DOT FMCSA Broker License

4.) State Permit (for Intrastate program)

5. Articles of Incorporation (upon request from SDDC)

a. Key Personnel Resumes or References (Only upon request by SDDC)

b. Proof of Company Experience (Only upon request by SDDC).

### 6. Federal and State Regulatory Compliance

TSPs must comply with all applicable Federal, State and Local requirements for the movement and storage of personal property. TSPs must: (i) annotate on the ETOSSS their DOT FMCSA Motor Carrier, DOT FMCSA Freight Forwarder, or DOT FMCSA License number assigned by the Department of Transportation; and (ii) annotate their applicable DOT number. SDDC will use the DOT's Licensing and Insurance System to verify a TSP's valid household goods operating authority. Interstate and International TSPs must provide a copy of the DOT FMCSA Freight Forwarder permit, DOT FMCSA Motor Carrier certificate, or DOT FMCSA Broker License. The DOT FMCSA issues the only authority acceptable to meet this requirement. Maritime Commission certificates and permits will not be accepted

If the TSP has intrastate authority ONLY, TSP must fax a copy to (703) 428-3321 of their state permit. If that state is deregulated and no permit is issued, TSP must submit a fax copy of their Articles of Incorporation.

The TSP must maintain valid household goods operating authority at all times. If authority becomes invalid, DOD TSP approval will be revoked.

## C. Additional Market Qualification Requirements

Currently approved TSPs seeking approval to participate in additional markets may only do so during any open qualification period. They also must meet the following requirements

### a. Currently Approved DoD Interstate Domestic TSPs Seeking Additional Intrastate Approval

TSPs must fax a letter to SDDC at (703) 428-3321 indicating they wish to expand their market to include intrastate approval and what additional codes of service. The letter must contain the company name, SCAC, date, and signature of an Officer of the company listed on the ETOSSS (CEO, CFO, President, or Vice President). The TSP must submit a new ETOSSS. SDDC may request the TSP fax a copy of the applicable operating authority (State

Permit or Articles of Incorporation). However, this is only upon SDDC request.

b. Currently Approved DoD Intrastate Domestic TSPs Seeking Additional Interstate Approval

TSP must fax a letter to SDDC at (703) 428-3321 indicating they wish to expand their market to include Interstate approval and what additional codes of service. The letter must contain the company name, SCAC, date, and signature of an Officer of the company listed on the ETOSSS (CEO, CFO, President, or Vice President). Submit a new ETOSSS. The TSP's Surety Company must submit a Performance Bond in the amount of $50,000.00. SDDC may request the TSP fax a copy of the applicable operating authority (DOT FMSCA Freight Forwarder Permit, DOT FMSCA Motor Carrier Certificate, or DOT FMSCA Broker License). Refer to paragraph B.6. above for authority clarification.

**c. Currently Approved DOD Interstate/Intrastate Domestic TSPs Seeking Additional International Approval**

TSP must fax a letter to SDDC at (703) 428-3321 indicating they wish to expand their market to include International approval and what additional codes of service. The letter must contain the company name, SCAC, date, and signature of an Officer of the company listed on the ETOSSS (CEO, CFO, President, or Vice President). Submit a new ETOSSS. The TSP must have their insurance provider submit a new Certificate of Cargo Liability Insurance to reflect both international and domestic coverage. The TSP's Surety Company must submit a Performance Bond in the amount of $100,000.00. SDDC may request the TSP fax a copy of the applicable operating authority (DOT FMSCA Freight Forwarder Permit, DOT FMSCA Motor Carrier Certificate, or DOT FMSCA Broker License). Refer to paragraph B.6. above for authority clarification.

**d. Currently Approved DoD International TSPs Seeking Additional Inter/Intrastate Approval**

TSP must fax a letter to SDDC at (703) 428-3321 indicating they wish to expand their market to include Interstate and/or Intrastate approval and what additional codes of service. The letter must contain the company name, SCAC, date, and signature of an Officer of the company listed on the ETOSSS (CEO, CFO, President, or Vice President). Submit a new ETOSSS. The TSP must have their insurance provider submit a new Certificate of Cargo Liability Insurance to reflect both international and domestic coverage. The TSP's Surety Company must submit a Performance Bond in the amount of $50,000.00 if the approval is for *interstate*. No performance bond is required for *intrastate* approval. SDDC may request the TSP fax a copy of the

applicable operating authority (State Permit or Articles of Incorporation, OR, DOT FMSCA Freight Forwarder Permit, DOT FMSCA Motor Carrier Certificate, or DOT FMSCA Broker License). Refer to paragraph B.6. above for authority clarification.

## e. Currently Approved DoD TSPs Seeking Additional Boat or Mobile Home Approval

TSP must fax a letter to SDDC at (703) 428-3321 indicating they wish to expand their market to include Boat and/or Mobile Home approval. The letter must contain the company name, SCAC, date, and signature of an Officer of the company listed on the ETOSSS (CEO, CFO, President, or Vice President). Submit a new ETOSSS indicating Boat and/or Mobile Home service. The TSP must have their insurance provider submit a Certificate of Cargo Liability Insurance for Mobile Home/Boat. For Mobile Home/Boat program, the cargo liability insurance coverage minimum amount per shipment is $40,000. The Certificate of Cargo Liability Insurance form is located on SDDC's website and must be submitted by your insurance representative. No other form will be accepted. No performance bond is required for Mobile Home/boat approval.

The TSPs are not required to submit new Financial Statements, new Certificates of Independent Pricing or new Certificates of Responsibility as part of their additional qualification package.

Instructions for submission of each of these requirements are contained in Appendix A of this pamphlet.

## f. Required Forms

TSPs seeking approvals to participate in additional markets should submit the following
forms based on the scenarios listed above, within the time frame given in the open enrollment period:

(1) Electronic Tender of Service Signature Sheet (ETOSSS)
(2) Certificate of Cargo Liability Insurance
(3) Performance Bond (for Domestic Interstate and International)

**Faxed Documents** (Must be submitted via FAX ONLY to SDDC Alexandria, VA at (703) 428-3321. Hard copy documents as listed below received via the mail and faxes not received at (703) 428-3321 will not be accepted.):

Letter of request for the additional market and/or code of service approval:

(1) Proof of Federal and State Regulatory Compliance

Copy of the DOT FMSCA Operating Authority (Only Upon SDDC Request)

- (-) DOT FMSCA Motor Carrier Certificate
- (-) DOT FMSCA Freight Forwarder Permit
- (-) DOT FMSCA Broker License
- (-) State Permit (Intrastate)
- (-) Articles of Incorporation

**The DOT FMCSA issues the only operating authority acceptable to meet this requirement. Maritime Commission certificates and permits will not be accepted.**

# SECTION III – Matters applicable to both Currently Approved TSPs and New Entrants after approval is gained

## A. Participation in the Department of Defense Personal Property Program

SDDC reserves the right to revoke any TSP's approval at our sole discretion.

**TSPs must notify SDDC for the following reasons:**

### (1) Changes in Required TSP Information

TSPs are required to submit updated web forms as changes occur to the information contained in the documents previously provided for approval. It is the TSP's responsibility to submit or to have their industry partner's (surety company, insurance company or C.P.A. company) submit updates to SDDC for each web form or faxed document as outlined in Appendix A of this pamphlet. Failure to update forms/certifications or have your industry partners update forms as changes occur will likely result in your DoD approval being revoked.

### (2) Annual Financial Data/Statement Requirements

Approved TSPs must have their independent Certified Public Accountant provide data from audited or reviewed financial statements to SDDC annually. Publicly held firms may have their CFO submit the required financial data based on annually reports reviewed by the firms independent auditor and submitted to the SEC. These TSP's must meet and maintain a quick ratio of 1 to 1 or greater and a debt to equity ratio of 4 to1 or less. Data will be submitted via the web using the Financial Statement web form. Financial statements must be prepared according to generally accepted accounting principles using the accrual basis of accounting. Annual financial statements must be submitted within 150-calendar days of year-end, normally defined as December 31st. If a company closes its books on a fiscal year basis (other than December 31st), then financial statements should be submitted within 150-calendar days of that date. Companies desiring to change their report dates must coordinate this with SDDC's Internal Review Office at (703) 428-3205. Requests to change reporting periods must be received not later than 90 days before the intended start of changed reporting period. SDDC will approve or reject the requested change not later than 30 days prior to the start

of the change period. See Appendix A of this pamphlet for definitions of ratios and instructions for completing the ETA financial data form.

**Failure to Submit Documents or Maintain Acceptable Ratios**. If SDDC does not receive the annual financial statements within the 150-calendar day time frame, the TSP's DoD approval may be revoked at SDDC's sole discretion. No *pro forma* statements will be accepted in lieu of actual financial statements. Additionally, SDDC reserves the right to obtain services from an independent third party source to conduct financial risk analysis of the TSP's financial submissions. This analysis will compare the TSP with appropriate industry norms. This information may be used to assist in the determination of financial risk to the government. If any DoD approved TSP falls below the minimum financial requirement, their DoD TSP approval may be revoked at SDDC's sole discretion. TSPs are responsible to assure that any financial data submitted to SDDC's web page has been reviewed and submitted by an independent Certified Public Accountant (individual or firm). If SDDC determines that data submitted was from other than an independent Certified Public Accountant, or the CFO for publicly held firms, SDDC may at SDDC's sole discretion immediately cease doing business with the associated TSP.

## (3) Change in Insurance Notification

The Certificate of Cargo Liability Insurance and Mobile Home/Boat Insurance both contain a statement that the insurance company will give SDDC, ATTN: SDPP-PO, a 30-day fax notice [(703) 428-3321] of any changes, expiration, or cancellations of the insurance policy.

## (4) Annual Performance Bond Increases

When SDDC determines that either the international or domestic bond needs to be increased, the TSP will be notified via company central email address listed on the most current Electronic Tender of Service Signature Sheet (ETOSSS) in PPQWEB and provided 30 days to have their surety company submit a new bond via PPQWEB reflecting the updated amount.

For the international program the bond requirement is a minimum of $100,000 or 2.5% of previous-year international DoD revenue, whichever is greater. International TSPs must have their surety company submit the "continuous until cancelled" electronic bond via PPQWEB. SDDC will review the international bond amount annually.

For the domestic interstate program the bond requirement is a minimum of $50,000 or 2.5% of previous-year DoD domestic interstate revenue, whichever is greater. Domestic interstate TSPs currently participating in the program must have their surety company submit the "continuous until cancelled" electronic bond via PPQWEB. SDDC will review the international bond amount annually. SDDC will review domestic bonds annually.

### (5) Change of Ownership, Name, or Key Personnel Notification Requirements

All DoD approved TSPs are required to notify SDDC within 45 calendar days of a change of ownership, a change of corporate name, or change of key personnel.

- **Change of Ownership**: When a company changes ownership, a Novation agreement must be faxed to SDDC at (703) 428-3321. Approval will be based on a review of the sales agreement and evidence to show that the new TSP complies with all qualification requirements. The new asset owner (transferee) must assume all obligations of the transferor.

Appendix C of this pamphlet contains the form for this notification.

- **Change of Name**: When a company changes its name, they must fax a change of name notification to SDDC at (703) 428-3321.
- **Change of Key Personnel**: When a company changes key personnel they must submit an updated ETOSSS web form to include the Trusted Agent(s).
- If the **certifying official leaves** the company or that position, new certificates of Independent Pricing and Responsibility must be certified and submitted by the new president or Chief Executive Officer.

Instructions on how to view and complete the ETOSSS, Certificate of Independent Pricing, and the like are contained in Appendix A of this pamphlet.

## B. Optional Item

**Electronic Data Interchange (EDI)/Trading Partner Agreement (TPA)**

While this is not a requirement, we would encourage you to participate in the EDI/TPA process. Government activities can use EDI in lieu of paper-based transactions. The EDI/TPA applies to the electronic exchange of transportation data and other transportation related information between DoD components and DoD Finance Centers for transportation services payment, and their trading partners.

## C. Qualification Timeline

TSPs seeking initial qualification as well as previously qualified TSPs seeking qualification in new markets must submit the required forms within the timeframe specified in the announcement of open enrollment. Upon SDDC's review of each submission, TSPs not meeting the qualification requirements will have seven calendar days from the date of notification from SDDC, (which may come by telephone or email),

to provide additional or corrected information. After the seven-day correction period has passed, the corrected documentation will not be considered and the TSP will not gain approval. However, SDDC may consider extenuating or mitigating circumstances showing that the TSP was not responsible for failing to meet the deadline. SDDC reserves the right to revoke your approval at our sole discretion. TSPs not approved may re-apply during the next open enrollment period.

## D. SDDC Decisions

SDDC's decisions are guided by what SDDC, in its sole discretion, perceives to be in the best interests of the government, in general, and the best interests of soldiers and civilian users of the DoD Personal Property Program, in particular, at that time. There are no standards for what constitutes the DoD Personal Property Program's best interests; it is what SDDC determines the Program's best interests to be.

SDDC reserves the right to exercise its discretion in all decisions made regarding the DoD Personal Property Program. Thus, for example, SDDC could deny entrance or continuation in the program notwithstanding a TSP (or prospective TSP) satisfying the financial ratio test; conversely, SDDC could grant entrance or continuation in the program to a TSP (or prospective TSP) notwithstanding its inability to satisfy a financial ratio test.

Because SDDC's decisions are based on circumstances particular to the TSP or potential TSP and may also be a function of the DoD Personal Property Program's best interests at a particular time, contentions of disparate treatment (i.e., some TSPs treated differently than other TSPs) will not be a valid challenge to SDDC decisions; in a way, all SDDC decisions are disparate because the decisions are based on the particular circumstances involving the TSP and SDDC's perception of the DoD Personal Property Program's best interests.

## E. TSP Appeals from Decisions

TSPs or potential TSPs may appeal SDDC decisions denying entrance or not accepting updated qualification documentation for the DoD Personal Property Program. All appeals must state the specific reasons why the appellant believes that SDDC erred in deciding to fail to include or maintain the TSP in the DoD Personal Property Program. SDDC will not consider appeals that lack specificity or merely seek to have SDDC reconsider its decision.

All appeals must:

(i) be submitted in hard-copy;
(ii) be double-spaced:
(iii) be mailed to:

HQ, Military Surface Deployment and Distribution Command
Hoffman Building II-
Chief, Personal Property Division, SDPP-P
200 Stovall Street

Alexandria, Virginia 22332-5000
(iv) include five copies;
(v) be signed by the TSP's president or chief executive officer, whomever is more senior;
(vi) include the entire filing submitted to SDDC as part of the request that SDDC denied; and
(vii) set forth in detail all factual and legal bases for the appeal.

## F. Make-up Tonnage

Each bill of lading is a separate contract. No TSP or potential TSP has an entitlement to any bill of lading not yet awarded to that TSP. Nor can any TSP reasonably rely to its detriment on receiving any bill of lading from SDDC.
Unless required by law to award a certain amount of make-up tonnage, SDDC reserves the right to decide whether to award make-up tonnage and, if so, the amount.

## G. SDDC is Not Responsible For, and Shall Not Interfere In, Commercial Dealings of TSPs, their Subcontractors and Vendors

TSPs and their subcontractors and vendors are responsible for conducting their own due diligence when contracting commercially for the performance of bills of lading. SDDC's review and enrolling of program participants is solely for the government's benefit; it does not constitute any representation by SDDC to the transportation industry or to the general public of the creditworthiness or integrity of entities enrolled in the program. TSPs, subcontractors and vendors are expected to resolve their commercial problems and disputes independently of SDDC, presumably through measures available to entities involved in commercial contracting (e.g., mediation, arbitration, recourse to the judicial system, collection agencies). SDDC will not interfere in the commercial contractual relationships of TSPs, their vendors and subcontractors, nor will SDDC offer actual or *de facto* dispute resolution, mediation or bill collection services.

# Appendix A – TSP Application Submission Instructions

**Background:**

The purpose of this appendix is to outline detailed application submission requirements. By submitting this application, you legally bind the company to the representations contained therein. In addition, by your application you agree to be bound by the rules and regulations stated in the Tender of Service and applicable rate solicitations. False representations and certifications constitute a violation of 18 U.S.C. 1001, and are punishable under law and could lead to civil penalties (e.g. suspension and debarment). The Status Screen is the primary screen used in the PPQ WEB system. It provides links to blank web forms (Document Types) required to be submitted by the TSP or on behalf of the TSP. This screen reflects the status of these submitted web forms. *All forms must be successfully submitted through PPQ WEB system before the TSP's request for approval will be reviewed and processed.* The status screen shows the history of each document associated with a TSP. To aid in the review process of the web forms prior to submission, edits have been applied to the web forms to identify incorrect/incomplete entries. The submitter will receive immediate pop-up screen message stating the error that must be corrected before the form can be successfully submitted.
Upon SDDC's review of each submission, TSPs not meeting the qualification requirements will have seven calendar days from the date of notification from SDDC, (which may come by telephone or email), to provide additional or corrected information. After the seven-day correction period has passed, the corrected documentation will not be considered and the TSP will not gain approval. However, SDDC may consider extenuating or mitigating circumstances showing that the TSP was not responsible for failing to meet the deadline. TSPs not approved may re-apply during the next open enrollment period. TSPs should have capability to access the Internet either from their office or using a third party vendor. TSP assumes all responsibility for all documents arriving within the established timeframe and the accuracy of each document submitted by themselves or by their third party vendor (independent CPA, surety company, and insurance company).

**Electronic Transportation Acquisition (ETA)**

Each TSP and their third party vendor (independent CPA, surety company, and insurance company) are required to obtain an ETA account in order to access the PPQ WEB to submit applicable web forms. To request this account visit the ETA homepage located at www.sddc.army.mil. Click on "ETA systems," click on "Register for the First Time," scroll down to Personal Property, select PPQ WEB (Personal Property Carrier Qualifications). Next select your role from the drop down menu list of roles for the PPQ WEB system. The following roles are available for selection:

- TSP
- Insurance Company
- Surety Company
- CPA

A role determines the applications within a system that you will be allowed to use. You may only choose one role per system. Click the "Generate Request Form" button at the bottom after you've selected PPQ WEB and your role. When you click the "Generate Request Form" button, an entry screen will prompt you to enter your information. Please note that fields containing an asterisk are required fields for registration. Also, the accuracy of your email address is extremely important for the registration process. All the roles listed above will need their own separate ETA account.

Upon completing and submitting your ETA registration information, you will be sent an email confirming your request. This email will contain your Request ID (which will become your ETA user ID upon approval). If you do not receive your confirmation email within 24 hours (usually it comes much sooner), please contact the administrator of Personal Property Qualifications at ppqweb@sddc.army.mil. Please include your Request ID/User ID in all correspondence with ETA administrators. Within 5-7 business days you should receive notification of approval (and a password) or a denial. You must obtain this password before you can continue to apply for approval.

DoD will require that all users of DoD systems use digital certificates as means of access to those systems. At that time, commercial users will have to obtain a digital certificate from one of the External Certificate Authority vendors at a cost. You must purchase the "identity" certificate at a minimum. Some of the vendors offer "encryption" certificates for use with E-mail but this is not required for use with ETA. Currently, Digital Certificates are optional. Commercial users will not be able to access any of the DoD SDDC systems without the Digital Certificate after implementation. Be aware that each ETA user-id (TSP, surety, etc.) may have only one unique certificate associated with it. You will be directed how to link your certificate to your ETA user-id on the ETA home page.

**PPQWEB Application**

The PPQWEB application is a web-based system that tracks documents pertinent to the TSP qualification process for both domestic and international TSPs. This system allows TSPs or their representatives (Certified Public Accountants, Surety representatives or Insurance company representatives) to fill out the necessary qualification forms through web pages and provides real time edit checks on formatting, thus allowing problems with their forms to be corrected before submission. This prevents wasted time and effort in having the forms manually reviewed and problems reported back later. The submitted information is stored at SDDC in the PPQWEB database tables. All of the web submitted forms are user authenticated. The following forms must be submitted using the web forms provided:

1. Electronic Tender Of Service Signature Sheet (ETOSSS) (filed by TSP)
2. Certificate of Cargo Liability Insurance (filed by insurance company)
3. Performance Bond (filed by surety company)
4. Certificate of Independent Pricing (filed by TSP)
5. Financial Data/Statement (filed by independent CPA or CFO for publicly held firms)

6. Certificate of Responsibility (filed by TSP)

In addition to web forms, the following non-web forms may be required as part of the TSP's application. These forms *must* be submitted via FAX ONLY to the fax server at SDDC Alexandria, Virginia at (703) 428-3321. If any of the following documents are received via mail or are faxed to any other fax number other than (703) 428-3321, those documents will not be accepted. TSPs must submit the following when applicable:

1. If you are applying for Interstate and/or International approval you must provide a DOT FMCSA Freight Forwarder permit, DOT FMCSA Motor Carrier certificate, or DOT FMCSA Broker License. (The DOT FMCSA issues the only operating authority acceptable to meet this requirement).
2. If you are only applying for Intrastate TSP approval you must provide a state permit. If that state is deregulated and no permit is issued, you must submit Articles of Incorporation.
3. Key Personnel Resumes or References will be faxed to SDDC only upon request.
4. Proof of Company Experience will be faxed to SDDC only upon request.

**Status Screen**

The Status Screen is the primary screen used in the PPQWEB system. The screen reflects administrative information and four status sections. Each section contains documents with a common status.

**Approved Documents:** After processing by SDDC, all approved web-based documents will be displayed here with document type, dates of submission and dates of acceptance. The TSP under this section may make edits. Once the edits are completed and submitted a new document will be displayed in the Pending Section with a new date of submission.

**Pending Documents:** These are web-based documents listed by document type and dates of submission that have been submitted and are waiting to be reviewed by SDDC. The TSP under this section may make edits. The edited document will appear again in this section with a new date of submission. If a warning comes up in this section, click the warning to view the warning message.

**Rejected Documents:** After processing by SDDC, all rejected web-based documents will be displayed here with document type, dates of submission and dates of rejection. The TSP under this section may make edits. The edited document will appear again in the Pending Section with a new date of submission.

**Remaining Required Documents:** (Does not include documents required to be faxed in to SDDC): These are web-based documents that the TSP or his industry partner must submit before SDDC will review and process the TSP's qualification package. Do not forget that there are faxed in document requirements that must be met in addition to the submission of these web-based documents.

For new entrants, all other sections will contain no documents, and the "Remaining Required Documents" section will contain all of the documents listed above in the PPQWEB Application. As documents are submitted, they will move from the "Remaining Section" into the "Pending Section". After processing by SDDC, the documents will appear in the "Approved Documents" or "Rejected Documents" section. Note that the status screen allows previously submitted documents to be viewed at any time, so printing the documents prior to submission is no longer required.

**Form Completion:**

The qualification forms are the same for both the International and Domestic programs with exception of the performance bond that is required in the Domestic Interstate program and the International program. Also, minimums and amounts may differ (please refer to different Sections of this book for details). To complete the forms, simply click on each form link located in the "Remaining Required Documents" of the Status Screen. Complete each form and then hit "Submit". More detail for each form is provided in the Detailed Form Instructions below.

Please note that every field on every form MUST have an entry. If the data requested does not apply, type N/A, NONE, or NA and for numeric fields a zero is required.

**Detailed Form Instructions:**

The following will lay out detailed instructions for completing each individual form that a TSP or his industry partner/authorized representative, working on his behalf, must complete before the TSP may be considered for qualification by SDDC. The TSP *must* submit the Electronic Tender of Service Signature Sheet (ETOSSS) *first* before any other document may successfully be submitted.

## Electronic Tender of Service Signature Sheet (ETOSSS)

The TSP must certify that they meet the specific TSP Qualification Requirement indicated on the top of the page and by reading and checking/selecting the appropriate statements; otherwise, approval will not be granted.

**PART I - CERTIFICATION**

Please select Yes or No on the Common Financial and/or Administrative Control (CFAC) Certification questions in reference to being in CFAC with another DoD approved household goods TSP or forwarder. You must list the standard carrier alpha code (SCAC) of each of the TSPs followed by a semicolon. For a description of CFAC, see the Tender of Service in the DTR, Appendix B.
NOTE: To list CFAC relationships, you must follow each SCAC with a semicolon and no spaces.

**PART II - TYPE OF SERVICE**

- Indicate the type of service you wish to participate in (Interstate, Intrastate, and/or International HHG and/or UB, mobile home, boats with trailers in towaway service, and commercial boat (specialized hauling)).
- Annotate if you are a DOT FMSCA Freight Forwarder (FF), DOT FMSCA Motor Carrier (MC), and/or Broker (B) for each type of service. If your are an Intrastate TSP and your state is deregulated and no "permit" is issued, check MC or FF and annotate your Articles of Incorporation number in the MC or FF Number block.
- TSP Respond YES or NO in every box for the codes of service.
- You may only add approval during an open season. If the TSP deletes a code of service or service, that code of service or service will be removed from the program.

**PART III - TSP PROCESSING DATA**

- Standard Carrier Alpha Code (SCAC) block – Motor Carriers, Regulated Freight Forwarders and Brokers must have a four-letter alpha code (SCAC) as annotated in this block. If you do not have a SCAC, you may obtain it from the National Motor Freight Traffic Association by calling (703) 838-1831. A fee is required initially and annually.
- Employer's Internal Revenue Service Identification Number block - (self-explanatory).
- Name of TSP block - This block must match the company name annotated on your State and/or ICC, FHA operating authority(ies). All authorities must be consistence in company name. If there is a "Doing Business As" company name, please annotate the complete company name on all forms.
- DOT number. (self-explanatory).
- Physical Street Address block - Enter a street address including City, State and Zip Code.
- Mailing Address block - Enter Post Office box address (if applicable), including City, State and Zip Code.
- Telephone Numbers, Fax Number, Toll Free Number and Central Email Address block - (self-explanatory).

**PART IV - SCAC/AND/OR TSP NAME CHANGE**

Indicate if the SCAC specified on the form is a change from a previous SCAC. If so, specify the original SCAC and TSP name.
Changing of SCACs will be accomplished only when the moratorium is lifted. Paperwork can be submitted addressing the SCAC change, but the new SCAC will not be entered into the database until all paperwork under the new SCAC is submitted to PPQWEB while the moratorium is lifted.

**PART V – INDIVIDUAL SHAREHOLDER(S) OR PARTNER(S) INFORMATION**

Enter the names of all shareholders involved in the company and their respective percentage of shares OR enter the names of all partners and their respective outstanding capital stock/partnership interest in the company. For the publicly held companies, report information on executive officers of the company (e.g., the information contained in the SEC 10K, Part I, Item 4 Supplementary Item) and on the security ownership of certain beneficial owners and management (e.g., the information contained or referenced in the Sec 10K, Part III, Item 12).

**PART VI – KEY PERSONNEL**

Key Personnel – follow instructions on form. If your company participates in the intrastate program, the person signing the manual tenders must be listed on the ETOSSS, or the manual tenders will not be accepted. Please be sure to enter your Trusted Agent.

**PART VII - SMALL BUSINESS CERTIFICATION**

Click the Small Business link to review criteria to be considered a Small Business entity. If you are a Small Business select "Yes" in the box provided; if not select "No".

**PART VIII - PRESIDENT'S CERTIFICATION**

Self-Explanatory - This field is automatically populated from the President's Name field from above.

## Certificate of Independent Pricing

After reading paragraphs A and B of the form, select radio button 1 or 2 in paragraph C, which will fill in the appropriate blanks. Fill in your Name, Title and Organization. The names listed here must be also listed on the ETOSSS. This certificate must be signed by the higher ranking of the TSP's President or Chief Executive Officer every rate filing cycle.

## Certificate of Cargo Liability Insurance

Insurance companies, please complete appropriate parts of form based on TSP's request. Refer to this book in the appropriate Section for insurance requirements. The form is continuous until cancelled by the insurance company or TSP.

## Performance Bond

Surety companies, please complete appropriate parts of form for International and/or Domestic Interstate service. Refer to this book in the appropriate Section for bond requirements. Please complete the appropriate parts of this form based on the TSP's request. The form is continuous until cancelled by the surety company.

## Financial Data/Statement

**General**. All TSPs must have a rationale for existence other than to game pricing or the parent company's market share from the program. SDDC wants to see the health of the TSP applying to enter or continue participating in the DoD Personal Property Program. TSPs must submit financial data that documents the business operations of the single TSP seeking to qualify or to continue to do business with the DOD. SDDC will not accept combined or consolidated reports where there is no separation from one TSP to another. However, SDDC will accept a combined or consolidated financial statement if there is only one TSP subsidiary within that corporation. In other words, SDDC wants to see the health of the individual TSPs. Letters of guarantee from a parent company will not be accepted. Each individual TSP, must separately report SCAC code, and must comply with required ratio minimums as detailed below. TSPs must have their independent Certified Public Accountant or CFO provide data from independently audited or reviewed financial statements. Data will be submitted annually via the web using the Financial Statement web form. SDDC retains the right to request a hard copy of the TSP's full financial statements. If a hard copy of the financial statement is requested by SDDC, the TSP may submit one document containing several companies separate financial information, as long as the financial information is reported in each individual company's name and reflects that company's account information. These requested statements must include all referenced footnotes and the audit or review report. Because these reports are already completed and on file with the TSP, SDDC expects any request report to be provided to the requesting official within 5 workdays. TSP not responding within this time period may be removed from the program. Each TSP must meet and maintain the required minimum ratios, as detailed below.

**Definition of Accounting Terms and Ratios.** The following definitions apply to the filing of financial data and statements. TSPs should consult their accountant to answer questions on definitions or how to best present financial data.
Quick Ratio (1 to 1 or Greater): Cash plus trade receivables divided by current liabilities. SDDC recognizes the industry's uniqueness in that many transportation-related costs are incurred and paid by the TSP after the military shipment is picked-up from the member and before delivery or placement in Storage in Transit. This lag time causes a mismatch between revenues and expenses. If the expenses are included in the financial statements and identified separately as prepaid transportation expenses or unbilled receivables, SDDC will consider them in the Quick Ratio analysis. SDDC does not recognize amounts due from stockholders, affiliated companies or related parties as current assets for the purpose of computing the quick ratio. Accordingly SDDC will compute the quick ratio by adding cash, cash equivalents, and trade receivables to determine quick assets

and dividing by current liabilities. Since amounts due from stockholders, related parties, and affiliates are excluded from this computation, similar amounts payable to these classes of accounts will be subtracted from current liabilities before computing the quick ratio.

**Debt to Equity Ratio (4 to 1 or Less):** Total liabilities divided by the company's equity. A negative debt ratio is unacceptable.

**Part I – CERTIFICATION**

Stipulate whether the data/statement is reviewed or audited. Annotate the Quick Ratio and the Debt to Equity Ratio.

**NOTE:** Date is the date of the financial statement, not the date of the review or audit report.

**Part II – ACCOUNTANT/INDEPENDENT AUDITOR INFORMATION**

Self-explanatory.

**Part III – BALANCE SHEET**

If applicable, amounts receivables from stockholders, related parties, and affiliates should be shown in a separate line in this section and not aggregated in the trade receivable account.

**Part IV – NARRATIVE**

(Pending change to the PPQWEB financial form will allow the CPA/CFO to add narrative notes to data submitted including events subsequent to the date of the financial statement).

## Certificate of Responsibility

After reading the form check either yes or no, whichever is applicable to the question being asked. If an answer is yes, please explain fully the "yes" answers. This certificate must be signed by the higher ranking of the TSP's President or Chief Executive Officer each rate filing cycle.

## Appendix B – Definitions

The Department of Defense Personal Property Program contains terminology and acronyms, which are unique to the program. The following definitions are provided to give you a basic understanding of the terms used:

**Cargo Liability Insurance**: Insurance required by a TSP to cover compensation for loss and/or damage to all property belonging to shippers or consignees and coming into the possession of the TSP in connection with its transportation service performed for the account of the Department of Defense, regardless of whether the motor vehicles, terminals, warehouses, and other facilities used in connection with the transportation of such property are specifically described in the policy or not.

**Codes of Service:** The following are definable types of service under the Through Government Bill Lading (TGBL) method:

Code 1 - Domestic Motor Van – Movement of household goods in a motor van from origin residence in CONUS to destination residence in CONUS. Automated systems will use Code 1A for interstate movements and Code 1B for intrastate movements.

Code 2 – Domestic Container – Movement of household goods in containers from origin residence in CONUS to destination residence in CONUS. Automated systems will use Code 2A for interstate movements and Code 2B for intrastate movements.

Code 3 – International Door-to-Door Container – Movement of household goods in containers using MSC negotiated rates to commercial port of discharge.

Code 4 – International Door-to-Door Container – Movement of household goods in SDDC-approved door-to-door shipping containers (wooden boxes) whereby a TSP provides linehaul service from origin residence to ocean terminal, ocean transportation to port of discharge, and linehaul service to destination residence, all without re-handling of container contents.

Code 5 – International Door-to-Door Container Government Ocean Transportation – Movement of household goods in SDDC-approved door-to-door shipping containers (wooden boxes) whereby a TSP provides linehaul service from origin residence to military ocean terminal, the government provides ocean (MSC) transportation to designated port of discharge, and the TSP provides linehaul service to destination residence, all without re-handling of container contents.

Code 6 – International Door-to-Door Air Container. Movement of household goods whereby the carrier provides containerization at the origin residence, surface transportation to the airport nearest origin that can provide required services, air transportation to the airport nearest destination that can provide required services, and transportation to the destination residence.

Code 7 – International Land-Water-Land Baggage – Movement of unaccompanied baggage whereby the TSP provides packing and pickup at origin, surface transportation to destination, and cutting of the banding and opening of the boxes at the destination residence.

Code 8 – International Land-Air-Land Baggage – Movement of unaccompanied baggage whereby the TSP provides packing and pickup at origin, transportation to the origin airport, air transportation to the destination airport, surface transportation to destination, and cutting of the banding and opening of the boxes at the destination residence.

Code T – International Door-to-Door Container - AMC - Movement of household goods whereby the TSP provides containerization at the origin residence and transportation to the designated AMC terminal. AMC provides terminal services at both origin and destination and air transportation to the designated AMC destination terminal. The TSP provides transportation to the destination residence.

Code J – International Land-Air (AMC)-Land Baggage – Movement of unaccompanied baggage whereby the TSP provides packing and pickup at the origin and transportation to the designated AMC terminal. AMC provides terminal services at both origin and destination and air transportation to the designated AMC destination terminal. The TSP provides transportation to destination from AMC terminal and cutting of the banding and opening of the boxes at the destination residence.

**Common Financial and/or Administrative Control:**

This means the power, actual as well as legal, to influence the management, direction or functioning of any other TSP(s) or forwarder(s). Circumstances surrounding organization or operation, which may, but do not always result in a common financial and/or administrative control relationship, include the following:

1. Majority or Minority Ownership
2. Familial Relationships
3. Voting Securities
4. Common Director, Officers, and/or Stockholders
5. Voting or Holding Trusts
6. Associated Companies
7. Contract or Debt Relationships

**Continental United States (CONUS):** All 48 contiguous states and the District of Columbia.

**Digital (Identity) Certificate:** A digital identity certificate is the digital equivalent of an ID card. Using digital identity certificates provides a tighter security environment.

**Domestic Boat Program:** Movement of privately owned boats, belonging to DOD military personnel only. Definition of boats is included in JFTR, Para. U5310F. For the

movement of self-propelled boats see JFTR, Para U5510. For movement of boats used as a primary residence, see JFTR, Para U5500, JTR Para C10000, and procedures in 407 of Defense Transportation Regulation (DOD 4500.9R) Part IV Personal Property.

**Electronic Data Interchange (EDI)**: The computer to computer exchange of business data using standards jointly developed by standards groups such as American National Standards Institute (ANSI) or Electronic Data Interchange Agency.

**ETA:** Electronic Transportation Acquisition is a system that provides a single point of entry to the transportation community through the use of the Worldwide Web. The Military Surface Deployment and Distribution Command (SDDC) ETA system provides access to SDDC transportation systems as well as links to other transportation sites. The ETA system is divided into four major transportation categories: Freight/Cargo, Passenger, Personal Property, and General Services.

**ETOSSS**: The Electronic Tender of Service Signature Sheet; completion of this form certifies that you have read the Tender of Service (Appendix *B),* and agree to provide service in accordance with the provisions contained therein. The TSP is responsible for submitting a new ETOSSS when changes occur concerning one or more of the following: company name, address, telephone number, e-mail address, company officers, etc.

**Financial Statements:** The presentation of financial data, including accompanying notes derived from accounting records and intended to communicate an entity's economic resources or obligations at a point in time, or the changes therein for a period of time, in accordance with a comprehensive basis of accounting.

**Interstate Shipment:** Any personal property, boat, or mobile home shipment originating in a state or the District of Columbia and destined for another state or the District of Columbia.

**International Shipment:** The movement of household goods or unaccompanied baggage between a point in the continental United States and a point in an overseas area.

**Intrastate shipment:** Any personal property, boat, or mobile home shipment originating in a state destined for the same state.

**Key Personnel:** Two managing officers of a company (excluding Treasurer and Secretary) that must have at least (3) three years experience transporting Personal Property.

**Mobile Home**: _A mobile dwelling constructed or converted and intended for use as a permanent residence and designed to be moved, either self-propelled or towed.

**Operating Authority:** An authorization issued by DOT or individual state regulatory body for a commercial TSP to perform transportation service.

**Performance Bond:** This performance bond serves to protect the Government in the event the TSP to whom the actual bill of lading contract is issued fails to effect delivery of the shipment set forth on the bill of lading. By this performance bond, the Surety(ies) underwrites and assumes the Principal's liability to the Government for: over charges; related administrative costs; and reprocurement costs when due to the Principal's failure to complete delivery of a shipment, the Military Surface Deployment and Distribution Command deems it necessary to reprocure transportation services from an alternate TSP. The Government shall be the sole beneficiary of this bond in the event the Principal defaults and is unable to perform for whatever reason, including that of filing a petition in bankruptcy, or an involuntary bankruptcy. To obtain and maintain DOD approval in the Personal Property Program, TSPs must provide a performance bond.

**PPQWEB**: Personal Property TSP Qualification web program.

**References:** The TSP must submit employee experience and company experience references upon request from SDDC. Experience from employment with an international freight forwarder, van line or agent is considered an acceptance form of occupational training for purposes of meeting this requirement. Company experience can be measured by either copies of Government Bills of Ladings, invoices etc.

**Small Business Certification:** Criteria for eligibility as a small business for the purpose of transportation service acquisition. Self-certification is required on the ETOSSS to determine whether a company is a small business. This information is used for statistical purposes only.

**Standard Carrier Alpha Code (SCAC):** A four-digit alpha code that is assigned to each TSP by the National Motor Freight Traffic Association to identify that TSP in the various procedures and documents used in the DOD personal Property Shipment and Storage Program.

**Tender of Service (TOS)**: The basic document which specifies the terms and conditions of participation in the DOD personal property program. The Household Goods and Unaccompanied Baggage Tender of Service is provided in Appendix B to the DTR, PART IV. Retain a copy for your records and future reference. The applicable tender must be read carefully and thoroughly, as it provides details concerning qualification procedures, mutual agreements and understandings, service and performance requirements, and certifications.

**Trading Partner Agreement (TPA)**: The binding agreement setting forth terms and conditions governing the sending or receiving of electronic data sent between DOD transportation components and commercial trading partners.

**Transportation Service Provider (TSP):** As used herein, Transportation Service Provider is any party, person, agent or carrier that provides freight/personal property transportation and related services to an agency, including Motor Carrier, Freight Forwarder and Broker. .

# Appendix C – Additional Forms

## CHANGE OF OWNERSHIP NOVATION AGREEMENT

Notice is hereby given that ownership of (enter TSP's Name)(enter Standard TSP Alpha Code), a DOD-approved personal property TSP, has changed as a result of sale/transfer effective (enter date). A copy of the sales agreement has been faxed to 703-428-3321. has been faxed. As an authorized official of the new owner (my name will appear on the ETOSSS), I certify that new owner has:

a. Faxed a true and correct copy of the sales agreement (or other transfer document). (Some information may have been redacted to protect sensitive information.)
b. Acquired certain assets of the TSP and is performing the GBL-based transportation and related service contracts by virtue of the above transfer.
c. Assumed all the obligations and liabilities of the TSP as to contracts previously performed or tendered.
d. The capability to perform all obligations that exist under current GBL-based contracts and those that may be tendered in the future.
e. Ratified all previous actions taken by the prior owner with respect to GBL-based contracts, with the same force and effect as if the new owner had taken the action.
f. Agreed to be bound by the terms and conditions applicable to TSPs participating in the DOD Personal Property Program.
g. Maintained compliance with TSP qualification requirements to include performance bond, cargo loss and damage insurance, operating authority and financial status as is evidenced by attached bond, insurance certificate and audited or reviewed financial statement.

**TSP CERTIFICATION**

I certify that I am the (Corporate Officer's Title—individual must be listed on the Electronic Tender of Service Signature Sheet) of (TSP's Name (SCAC)) and that I am authorized to represent (TSP's Name). I further certify that statements and documents submitted herewith are true and correct.

__________________________ ______________________

New Owners Name New Owner Title

DATE:

# CHANGE OF COMPANY NAME NOTIFICATION

Notice is hereby given that (enter TSP's Name) (enter SCAC), a DOD-approved personal property TSP has, by amendment to its certificate of incorporation, changed its corporate name to (New TSP Name) effective (enter date).

This amendment accomplishes a change of corporate name only and all rights and obligations of the TSP and of the Government under the International/ Domestic DOD Personal Property Program are unaffected by this change.

As an authorized official of the TSP (individual must be listed on the Electronic Tender of Service Signature Sheet), I certify that:

a. Documentary evidence of the change of corporate name has been faxed to 703-428-3321..
b. The change of corporate name was properly effected under applicable law.
c. The TSP continues to comply with TSP qualification requirements to include performance bond, cargo loss and damage insurance, operating authority and financial status as is evidenced by attached bond, insurance certificate and audited or reviewed financial statement submitted in the TSP's new name.
d. The continued use of the TSP SCAC is authorized by The National Motor Freight Traffic Association.

**TSP CERTIFICATION**

I certify that I am the (Corporate Officer's Title, must be listed on the Electronic Tender of Service Signature Sheet) of (TSP's Name (SCAC)) and that I am authorized to represent (TSP's Name). I further certify that statements and documents submitted herewith are true and correct.

______________________ ______________________

NAME TITLE

DATE:

## Appendix D – Recommended Publications and Hot Links

- Defense Transportation Regulation (Part IV) Personal Property
  http://public.transcom.mil/J4/j4lt/dtr.html
- Letter of Intent (LOI) Personal Property and Unaccompanied Baggage
  http://public.transcom.mil/J4/j4lt/appendix_ay-bd.pdf
- Tender of Service
  http://public.transcom.mil/J4/j4lt/appendix_ay-bd.pdf
- Total Quality Assurance Program (TQAP)
  http://public.transcom.mil/J4/j4lt/appendix_bk-bo.pdf
- Multi-Service Publications for DOD Personal Property Shipment and Storage Program
  http://public.transcom.mil/J4/j4lt/appendix_bf-bj.pdf
- Transit Times for Domestic Household Goods Shipments Including Alaska
  http://public.transcom.mil/J4/j4lt/appendix_bf-bj.pdf
- Transit Times for International and DPM Household Goods and Unaccompanied Baggage Shipments between CONUS and Overseas
  http://public.transcom.mil/J4/j4lt/appendix_bk-bo.pdf
- International Personal Property Rate Solicitation
  http://www.sddc.army.mil/frontDoor/0,1383,OID=4--24-127--127,00.html
- Domestic Personal Property Rate Solicitation
  http://www.sddc.army.mil/frontDoor/0,1383,OID=4--23-114--114,00.html
- Personal Property Consignment Instruction Guide
  - Domestic http://pweb.eta.sddc.army.mil/pls/ppcig_camp/state_lookup
  - International http://pweb.eta.sddc.army.mil/pls/ppcig_camp/country_listing
- Department of the Treasury (Circular no. 570)
  http://www.fms.treas.gov/c570/c570.html
- PowerTrack

  http://www.usbank.com/powertrack

# Appendix E – ETA Access Approval Procedures for Industry Participants

**Industry Participant Roles:**

1. **Trusted Agents.**

    a. In order to improve the process by which industry participants obtain access to the PPQWeb application, new procedures are being implemented. Key among the changes is the establishment of a 'Trusted Agent' role within each transportation provider company. Presently when a new user registers in ETA and request access, the PPQWeb ETA Administrator has been required to contact the president of the applicable company for additional information and/or access approval. Often the PPQWeb ETA Administrator has had to make several calls or send email requests in an attempt to contact the president to process the password request.

    b. The Trusted Agent role is not in itself an automated role; rather the role is more of a validation by the respective transportation company. The Trusted Agent serves as the single point of contact for the PPQWeb ETA Administrator in the processing of password requests. When a new password request appears in the PPQWeb queue, the administrator will review the ETA profile request and based on the requested role, determine whether or not the approval criteria has been fulfilled. Then the PPQWeb ETA Administrator will contact the appropriate Trusted Agent for access approval. It is the Trusted Agent who will provide a recommendation to the PPQWeb ETA Administrator for password approval or denial.

    c. The Trusted Agent is an individual within the transportation provider's company who has the confidence of the president and other company officers and who can easily be contacted by the PPQWeb ETA Administrator. Each company will designate their Trusted Agent(s) in their respective Electronic Tender of Service Signature Sheet (ETOSS). In ETOSS' Part VI – Official(s) Authorized to Submit Electronic Forms, in the Key Personnel section, in the Trusted Agent data fields, enter the Trusted Agent's first and last name, telephone number and e-mail address in the appropriate data fields.

| ETOSS Example of Logon Coordinator Designation | | | | |
|---|---|---|---|---|
| **DIRECTOR** | Mr. | NA | NA | YEARS EXPERIENCE 0 |
| **OTHER 1** TITLE | Mr. | NA | NA | YEARS EXPERIENCE 9 |
| **OTHER 2** TITLE | Mr. | NA | NA | YEARS EXPERIENCE 0 |
| **TRUSTED AGENT (Primary)** | Mr. | Jim | Moody | YEARS EXPERIENCE 0 |
| | Phone# | 703-555-1212 | Email Add: | jmoody@moomove.com |
| **TRUSTED AGENT (Alternate)** | Mr. | Steve | Russell | YEARS EXPERIENCE 0 |
| | Phone# | 703-555-1234 | Email Add: | srussell@moomove.com |

The PPQWeb ETA Administrator will only contact the alternate Trusted Agent, if designated, when the primary cannot be reached or fails to respond.

2. New Motor Carriers/Freight Forwarders.

Representatives of each company, who have a requirement to use PPQWeb, should register via the SDDC ETA Home Page, with the PPQWeb role of Transportation Service Provider. The number of personnel provided PPQWeb access will not be regulated by SDDC and the transportation service provider assumes responsibility for the actions taken by those personnel, regardless of their ETA role, approved by the company Trusted Agent. When the PPQWeb ETA Administrator receives a password request, the PPQWeb ETA Administrator will determine if the company sited in the requestor's ETA profile is an approved company. (NOTE: Approval documentation includes an approved ETOSS that identifies a Trusted Agent in the manner described in paragraph 1.c.)

- Approved Company – The PPQWeb ETA Administrator will contact the sited company's Trusted Agent and request approval determination.
  - Trusted Agent Recommends Approval – The PPQWeb ETA Administrator will complete the approval process and a password will be automatically emailed to the requestor.
  - Trusted Agent Recommends Denial – The PPQWeb ETA Administrator will deny the request and an email will be sent to the requestor stating the request was denied based on the company's Trusted Agent's recommendation.
- Non Approved Company – The PPQWeb ETA Administrator will deny the request outright, stating in the ETA denial e-mail, that the company is not an approved transportation provider.

3. Currently Approved Carriers/Freight Forwarders/Brokers.

Existing approved carriers shall update their ETOSS to include the designation of a company Trusted Agent as described in paragraph 1.c. The number of personnel who are provided PPQWeb access will not be regulated by SDDC and the transportation provider

assumes responsibility for the actions taken by those personnel, regardless of their ETA role, approved by the company Trusted Agent. Effective with the publication of this document, new requests for passwords to PPQWeb will be denied outright, if the company sited in the requestor's profile has not identified a Trusted Agent in their approved ETOSS, even if the company is currently an approved carrier.

4. Surety, Insurance or CPA Companies.

   a. Accounting, insurance or surety company agents who have a requirement to use PPQWeb on behalf of their transportation service provider client, should be instructed by the client, to register for PPQWeb access with the respective role. Registration is conducted via the SDDC ETA Home Page, and the respective agents select the appropriate corresponding role (i.e. Surety Company, Insurance Company or CPA) when completing their password profile request. The transportation service provider shall instruct those company agents to include the name and SCAC of the transportation service provider in the agent's registration profile (see the examples below). The transportation service provider shall also instruct insurance company agents to insert their company's A.M. Best number to the left of the company name in the Activity/Company/Organization data field, as illustrated in Example 1. The number of personnel provided PPQWeb access will not be regulated by SDDC and the transportation service provider assumes responsibility for the actions taken by those personnel, regardless of their ETA role, approved by the company Trusted Agent. This process will enable the PPQWeb ETA Administrator to quickly and easily identify which company Trusted Agent to contact for a recommendation for password approval or denial. However, prior to contacting the Trusted Agent, the PPQWeb ETA Administrator will determine if the accounting, insurance or surety companies have the requisite credentials. The PPQWeb ETA Administrator shall validate insurance and surety companies against those companies appearing in the A.M. Best Guide and the U.S. Treasury Circular C570, respectively.

- Approved Credentials – The PPQWeb ETA Administrator will contact the sited company's Trusted Agent and request approval determination.
    - Trusted Agent Recommends Approval – The PPQWeb ETA Administrator will complete the approval process and a password will be automatically emailed to the requesting company agent.
    - Trusted Agent Recommends Denial – The PPQWeb ETA Administrator will deny the request and an email will be sent to the requesting company agent, stating the request was denied based on the company's Trusted Agent's recommendation.
- Non-Approved Credentials – The PPQWeb ETA Administrator will deny the request outright, stating in the ETA denial e-mail, that the company does not have the appropriate credentials.

b. The adoption of these procedures will dramatically improve the password approval process and significantly reduce the wait time in receiving a password.

| ETA Profile Example #1 for Insurance Company Role | | |
|---|---|---|
| Email Address | * | fsrussell@PSSinsur.com |
| Activity / Company / Organization | * | (00439) PSS Insurance Co. of North Amer |
| Company Division | | Moody Moving & Storage |
| SCAC | | MMDY |
| PPQWEB Role | * | Insurance Company |

| ETA Profile Example #2 for Surety Company Role | | |
|---|---|---|
| Email Address | * | rshiseljr@hiselsur-bond.com |
| Activity / Company / Organization | * | Hisel Surety & Bonding |
| Company Division | | Moody Moving & Storage |
| SCAC | | MMDY |
| PPQWEB Role | * | Surety Company |

| ETA Profile Example #3 for CPA Role | | |
|---|---|---|
| Email Address | * | johnfolino@folinoassociates.net |
| Activity / Company / Organization | * | Folino & Associates |
| Company Division | | Moody Moving & Storage |
| SCAC | | MMDY |
| PPQWEB Role | * | CPA |

5. Questions concerning these procedures should be directed to the PPQWEB ETA Administrator.

## Appendix F – CERTIFICATE OF RESPONSIBILITY

A. This Certificate of Responsibility must be signed by the higher ranking of the Transportation Service Provider's ("TSP") President or Chief Executive Officer.

B. A Certificate of Responsibility must be submitted for each rate cycle in which the TSP submits rates or prices, regardless of whether those rates or prices differ from what the TSP may have previously submitted.

C. For the purpose of inducing the United States to accept these tendered rates or fares, the undersigned President or Chief Executive Officer (whomever is higher in rank) declares that the answers to the following questions and explanations, if any, are true:

(i) Has the TSP, its parent or affiliate filed bankruptcy within the last 7 years?
Yes
No

(ii) Is the TSP a defendant in litigation, or does the TSP anticipate being the defendant in litigation during the next year, in which fraud is or will be an allegation?
Yes
No

(iii) Does the TSP have payables more than 180 days late?
Yes
No

(iv) Has the TSP been terminated for default by a state or the federal governmental entity within the past three years?
Yes
No

(v) Has the TSP or its officials ever been indicted?
Yes
No

(vi) Is either the TSP or TSP officials currently suspended or debarred?
Yes
No

(vii) Explain fully all "Yes" answers.

D. The undersigned acknowledges that a false certification can lead to criminal penalties (e.g., 18 USC 1001) and civil action (e.g., termination, suspension and debarment).

E. The undersigned further certifies that:

(i) I am the president/chief executive officer of the entity submitting the rates or fares offered in the rate cycle to which this certification applies;

(ii) I am the most senior official of the entity for which I am certifying (excluding more senior officials of a parent organization);
(iii)I am duly authorized to sign this certificate on behalf of the TSP;
(iv)I believe this certification to be accurate based on personal knowledge and due diligence in communicating with those who directly and indirectly report to me; and
(v) I am signing below with an "electronic signature," which I understand to mean an electronic symbol or process attached to or logically associated with this certification and executed by me with the intent to sign the certification.

Name Title Transportation Service Provider

# Appendix G – CONTACT INFORMATION

Before sending an email, please review the How To Do Business Book located at www.sddc.army.mil, Personal Property/POV, under Qualification/Performance. Many questions are usually answered by reviewing the book.

SDDC has instituted a central email address for qualification and financial questions at ppqual@sddc.army.mil. Please make all qualification inquiries via this email address; do not attempt to reach qualifications or financial personnel via telephone. Given the number of TSPs and potential TSPs contacting qualification personnel via the telephone, it is burdensome and unworkable. Several individuals monitor the central mailbox.

Please include in your email inquiry your Standard Carrier Alpha Code and telephone number in case we wish to call to clarify your situation or question.

Questions referring to Electronic Transportation Acquisition (ETA) and Digital Certificate should be directed to ETA administrator by clicking on Contact ETA at email address https://eta.sddc.army.mil or contact Transportation Operational Personal Property Standard System (TOPS) help desk at 800-331-7348. TOPS help desk personnel are trained to answer ETA and Digital Certificate questions. They are NOT trained to answer Personal Property qualification or financial questions.

Case 1:05-cv-01278-LAS Document 39-3 Filed 01/25/2007 Page 36 of 43



**Title:** Mod 1 (13245)

Printable Format(s): Word Printer Friendly Page

Not sure of date

**HOW TO DO BUSINESS (SDDC PAM 55-4)**

**MODIFICATION NUMBER 1**

1. **BROKERS (clarification)** – Brokers may apply to qualify to participate in the DOD Personal Property Program during the next open qualification season. Brokers that receive approval to participate in the program may then compete for business during the first Families First rate filing cycle, for bookings scheduled to begin under Families First in October 2005.
2. **POWERTRACK** (clarification)– Currently, PowerTrack is in a test phase, and although it is not mandatory at this time, as Families First is rolled out TSP's will be required to be PowerTrack certified for electronic billing and payment. Therefore, all TSP's are encouraged to contact US Bank and become PowerTrack certified. US Bank may be contacted at 1-800-417-1844 or www.usbank.com/powertrack. Additional information will be forthcoming in the Federal Register.

3. **MAKE-UP TONNAGE** – Appendix F is hereby removed. Guidance for distribution of tonnage to offset imbalances in weight allocation will continue to be governed by provisions of the Defense Transportation Regulation.

# MODIFICATION NUMBER 2 - As of July 20, 2005

**BROKERS** (Clarification) - Brokers that have received approval to participate in the DOD Personal Property Program may not compete for business until the initial Families First rate filing cycle, for shipments scheduled to begin moving under Families First in February 2006.

**POWERTRACK** (Clarification)- PowerTrack participation is now mandatory in the Personal Property Program for electronic billing and payment. Therefore, all TSPs who wish to seek approval in a qualification open season, are required to contact US Bank and become PowerTrack certified.

# MODIFICATION NUMBER 3 - As of August 23, 2005

1. **POWERTRACK** (Clarification)- PowerTrack participation is now mandatory in the Personal Property Program for electronic billing and payment. Therefore, all Transportation Service Providers (TSP)s who wish to seek approval in a qualification open season, are required to contact US Bank and become PowerTrack certified prior to applying for Department of Defense TSP approval.
2. **TSP Change of Ownership/SCAC Change** If your company obtains a new SCAC, the new SCAC will not be entered into the database or recognized, until all documents required to be submitted via PPQWEB/DPS under the new SCAC, are approved. Note: The TQAP Scores from the previous SCAC will follow to the new SCAC, however, changing your SCAC could result in a delay of the TQAP score being attached to the new SCAC.
3. **Change of Ownership Novation Agreement -** SDDC has a new

Change of Ownership Novation Agreement that replaces the current Novation Agreement. We have modified the agreement to include this statement: SELLER/TRANSFEROR CERTIFICATIONIn addition, the seller/transferor (i.e. former owner) guarantees the performance of the contract or bill of lading by signing this Seller/Transferor Certification.

4. **Submitting documentation via PPQWEB/DPS** - All qualification documentation being submitted by or on behalf of the President/CEO will be as if the President/CEO are verifying, agreeing to, signing and submitting all qualification documents that are required.
5. **Certification of Independent Pricing (CIP)/Certificate of Responsibility (COR)** These certificates must be submitted/resubmitted annually by or on behalf of the higher ranking of the TSPs President or CEO **during each qualification open season**, which is prior to each rate filing cycle. By submission of these documents, the President/CEO is certifying agreement to the information submitted. This requirement will become effective with the next qualification open season, scheduled for fall 2006.

This Site is best viewed with Internet Explorer 5.5 or above.

Point(s) of Contact: Personal Property

Satisfaction Survey Disclaimer Security Warning

# CHANGE OF OWNERSHIP NOVATION AGREEMENT

**Notice is hereby given that ownership of (enter TSP's Name)(enter Standard Carrier Alpha Code (SCAC)), a DOD-approved personal property TSP, has changed as a result of sale/transfer effective (enter date). A copy of the sales agreement has been faxed to 703-428-3321. As an authorized official of the new owner (my name will appear on the ETOSSS), I certify that new owner has:**

a. Faxed a true and correct copy of the sales agreement (or other transfer document). (Some information may have been redacted to protect sensitive information.)

b. Acquired certain assets of the TSP and is performing the GBL/BL-based transportation and related services contracts by virtue of the above transfer.

c. Assumed all the obligations and liabilities of the TSP as to contracts previously performed or tendered.

d. The capability to perform all obligations that exist under current GBL/BL-based contracts and those that may be tendered in the future.

e. Ratified all previous actions taken by the prior owner with respect to GBL/BL-based contracts, with the same force and effect as if the new owner had taken the action.

f. Agreed to be bound by the terms and conditions applicable to TSPs participating in the DOD Personal Property Program.

g. Maintained compliance with TSP qualification requirements to include performance bond, cargo loss and damage insurance, operating authority and financial status as is evidenced by submission via PPQWEB of the bond, insurance certificate and audited or reviewed financial statement.

**SELLER/TRANSFEROR CERTIFICATION**

**In addition, the seller/transferor (i.e., former owner) guarantees the performance of the contract or bill of lading by signing this Seller/Transferor Certification.**

______________________________________

**Seller/Transferor Name Title Date**

**TSP CERTIFICATION**

**I certify that I am the (Corporate Officer's Title-individual must be listed on the Electronic Tender of Service Signature Sheet) of (TSP's Name (SCAC)) and that I am authorized to represent (TSP's Name). I further certify that statements and documents submitted herewith are true and correct.**

______________________________________

**New Owners Name Title Date**

Surface Deployment and Distribution Command (SDDC)

Doing Business with SDDC
Families First
Contact the Webmaster
Access ETA System

Global Cargo Distribution
Passenger
Personal Property / POV
Transportation Groups

Home | Press Releases | What's New | Jobs | Contact Us | Search: Go

**Transportation Service Provider (TSP) Qualification**

- How to do Business in the DOD PP Program
- Domestic Approved Transportation Service Provider (TSP)
- International Approved Transportation Service Providers (TSP)
- Approved Carriers (All)
- Approved Carriers
- Revoked Approvals
- ETA PASSWORD SUBMITTAL INSTRUCTIONS
- Federal Register Notices
- Frequently Asked Questions
- Messages
- Trading Partner Agreement

You are here:Personal Property>Transportation Service Provider (TSP) Qualification (766)

Printable Format(s):Word Printer Friendly

# ANNOUNCEMENT

**SDDC is not currently accepting applications from new entrants or applications to expand markets from currently approved Transportation Service Providers.**

**The next annual qualification open season to accept applications for initial Personal Property Department of Defense approval or to expand market approval will be scheduled for Fall 2006 with an exact date to be announced at a later time. Please plan in accordance with this projected time frame.**

**We welcome the opportunity to provide information on our programs and will assist you to the degree allowed by law and DOD regulation. SDDC is the first point of contact for the motor carrier, freight forwarder, broker, mobile home carrier or boat carrier when soliciting approval to participate in the DOD Personal Property Programs. SDDC is responsible for managing on a worldwide basis, the DOD Personal Property Programs on behalf of the military services and the United States Coast Guard. The How To Do Business in the Department of Defense Personal Property Program (SDDC Pam 55-4) contains a link to the Tender of Service and procedures for carrier qualification. Since changes to regulations and procedures do occur, the pamphlet should be considered a guide.**

This Site is best viewed with Internet Explorer 5.5 or above.

Point(s) of Contact: Personal Property Sylvia Walker Gail Collier

Satisfaction Survey Disclaimer Security Warning

Case 1:05-cv-01278-LAS Document 39-3 Filed 01/25/2007 Page 42 of 43

Surface Deployment and Distribution Command (SDDC)

Doing Business with SDDC
Families First
Contact the Webmaster
Access ETA System

Global Cargo Distribution
Passenger
Personal Property / POV
Transportation Groups

Home Press Releases What's New Jobs Contact Us Search: Go

**How to do Business in the DOD PP Program**

- SDDC PAM 55-4
- Mod 1
- Modification No. 2
- Mod No. 3
- Change of Ownership Novation Agreement

You are here: Personal Property > Transportation Service Provider (TSP) Qualification > How to do Business in the DOD PP Program (13240)

Printable Format(s): Word Printer Friendly

WELCOME TO THE HOW TO DO BUSINESS WITH THE DEPARTMENT OF DEFENSE PERSONAL PROPERTY PROGRAM. ALL DOCUMENTS LOCATED TO THE LEFT SIDE OF THIS WEB PAGE ARE DOWNLOADABLE FOR YOUR CONVENIENCE. IF YOU HAVE ANY QUESTIONS, PLEASE CLICK ON THE LINK AT THE VERY BOTTOM OF THIS PAGE TO CONTACT THE PP TEAM RESPONSIBLE FOR THIS DOCUMENT.

This Site is best viewed with Internet Explorer 5.5 or above.

Point(s) of Contact: Personal Property

Satisfaction Survey Disclaimer Security Warning

**PRIMARY CHANGES TO SDDC PAM 55-4**
**(Effective Dec 1, 2004 unless otherwise noted)**

1. Brokers have been added to the qualification process effective with implementation of Families First
2. Removed the new Certificate of Independent Pricing (CIP) and reverted to the previous CIP form.
3. Added a new Certificate of Responsibility (COR) form.
4. Reference both the CIP/COR, removed the statement that the president or CEO may not submit more than one certificate for the same program.
5. Added that the CIP and COR must be filed with each rate cycle (only applies to initial filing).
6. Added that publicly held firms may have their Chief Financial Officer (CFO) submit required financial data based on annual reports reviewed by the firm's independent auditor and submitted to the Securities and Exchange Commission (SEC).
7. Added that SDDC will accept a combined or consolidated financial statement if there is only one TSP subsidiary within that corporation.
8. Added language that publicly held companies are to report information on executive officers of the company and on the security ownership of certain beneficial owners and management as contained in SEC form 10K.
9. Increased the period of time TSP's have to submit their annual financial requirements from 120 to 150 days from year end.
10. Added Trusted Agent role within each TSP.
11. Included language that SDDC may act within its sole discretion.
12. Added an appeal process
13. ETOSS- removed requirement for TSP's to identify which international codes of service they offer to perform. Also adds a requirement to identify a trusted agent. Removed requirement to list officials authorized to submit electronic forms.
14. Removed List of Countries and Codes of Service form (LOCCS).
15. Simplified Certification Statement for the Novation Agreement, Change of Company Name Notification.
16. Removed language referring to trip leasing, use of DOD approved carriers.
17. Added requirement for TSP's to become Powertrack certified for electronic billing and payment, effective with implementation of Families First.
18. While not stated in the Pamphlet, as it was stated in the Federal Register Notice, financial changes are to take effect as of December 1, 2004, **EXCEPT** changes affecting the Debt to Equity ratio (which becomes required, not desired) and not recognizing amounts due from stockholders, affiliated companies or related parties as current assets for the purpose of computing the quick ratio, which will not become effective until submission of the 2004 financial statements.