# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * *
*
STEVENS VAN LINES, INC., *et al.*, *
*
*Plaintiffs*, * Case No. 05-1278C
*
v. * Senior Judge Smith
*
THE UNITED STATES, * Filed: February 1, 2007
*
*Defendant*. *
*
* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **SCHEDULES** a telephone status conference for Tuesday, February 6, 2007 at 11:00 a.m. to discuss the case.

**IT IS SO ORDERED**.

s/ Loren A. Smith
Loren A. Smith
Senior Judge