IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STEVENS VAN LINES, INC., ET AL., Plaintiffs v. THE UNITED STATES, Defendant | No. 05-1278C (Judge Smith) |

CERTIFICATION OF PLAINTIFFS' COUNSEL

Pursuant to the direction of the Judge during a conference call held at 11:00 a.m. on February 6, 2007, plaintiffs' counsel certifies that AAA Southern Forwarding, Inc., plaintiff No. 9 in Paul Arpin Van Lines, Inc., et al. v. United States, No. 05-1322C, is an Alabama corporation, with its principal place of business in Dothan, Alabama. This is to certify that all of the outstanding stock of AAA Southern Forwarding, Inc. is owned by an individual and that company has no relationship of any kind with the Southern Company

/a/ Alan F. Wohlstetter
Alan F. Wohlstetter

CERTIFICATE OF SERVICE

I have this day sent a copy of this certification by email to Brian S. Smith, Esq., counsel for defendant.

/a/ Alan F. Wohlstetter
Alan F. Wohlstetter