IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STEVENS VAN LINES, INC., ET AL., Plaintiffs | |
| v. | No. 05-1278C (Judge Smith) |
| THE UNITED STATES, Defendant | |

## NOTICE OF CHANGE OF ADDRESS

Please take notice that the address of the undersigned attorney for plaintiffs has changed to:

DENNING & WOHLSTETTER
888 Seventeenth Street, N.W.,
Suite 700
Washington, D.C. 20006

Respectfully submitted,

s/Alan F. Wohlstetter
ALAN F. WOHLSTETTER
DENNING & WOHLSTETTER
888 Seventeenth Street, N.W.
Suite 700
Washington, D.C. 20006
Tel: (202) 833-8884
Fax: (202) 833-8886
Attorney for Plaintiffs

Dated: March 15, 2007