IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEVENS VAN LINES, INC., ET AL., Plaintiffs | ) | |
| v. | ) | No. 05-1278C (Judge Smith) |
| THE UNITED STATES, Defendant | ) | |

MOTION FOR PRESERVATION OF RECORDS

This case involves the recovery of fees offset from plaintiffs' invoices, by defendant's agent, the U.S. Bank, which invoices were required to be submitted under PowerTrack. The contract which SDDC required TSPs to enter into with U.S. Bank provided that the Bank would make offsets from TSPs' invoices in the amount provided for in the agreement.

This case has been bifurcated by order of the Court and is pending decision on the liability phase of this case which involves the question of whether SDDC agreed to reimburse plaintiffs for the fees offset by the U.S. Bank from invoices submitted in PowerTrack for servicing shipments tendered under the IW05 and DW05 solicitations, covering the period beginning October 1, 2005 and November 1, 2005 for the international and domestic solicitations, respectively.

If the Court finds that plaintiffs are entitled to recovery of the monies which have been offset, it is counsel's intention to establish damages on the basis of the PowerTrack/U.S. Bank records, which are the best evidence of the amounts involved and which will eliminate any dispute between the parties as to said amounts.

Since over eighteen months have elapsed since the first offsets from plaintiffs' invoices were made, we are concerned that with the passage of time, evidence of the deductions made by PowerTrack/U.S. Bank from plaintiffs' billings presently contained in the PowerTrack/U.S. Bank records may become unavailable unless preservation of these records is ordered by the Court.

For the above reasons, the undersigned respectfully requests that this honorable Court issue an order directing defendant and its agent, the U.S. Bank, to preserve its records relating to the offsetting of the PowerTrack fee from invoices of plaintiffs for services performed during the IW05 and DW05 traffic cycles and grant such other further or different relief that the Court may deem to be proper in the circumstances.

Respectfully submitted,

s/Alan F. Wohlstetter
ALAN F. WOHLSTETTER
DENNING & WOHLSTETTER
888 Seventeenth Street, N.W.
Suite 700
Washington, D.C. 20006
Tel: (202) 833-8884
Fax: (202) 833-8886
Attorney for Plaintiffs

Stanley I. Goldman
Denning & Wohlstetter

Of Counsel

Dated: July 11, 2007