# In the United States Court of Federal Claims

| | | |
|---|---|---|
| STEVENS VAN LINES, INC., *et al.*, | * | |
| *Plaintiffs,* | * | Case No. 05-1278C |
| v. | * | Senior Judge Smith |
| THE UNITED STATES, | * | Filed: August 2, 2007 |
| *Defendant*. | * | |

**ORDER**

Before the Court is Plaintiffs' Motion for Preservation of the Records to which Defendant has not replied. The Court, therefore, GRANTS Plaintiffs' Motion and DIRECTS Defendant to preserve the records relating to the offsetting of the PowerTrack fee from invoices of Plaintiffs for services performed during the IW05 and DW05 traffic cycles.

**IT IS SO ORDERED.**

s/ Loren A. Smith
LOREN A. SMITH
SENIOR JUDGE