IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEVENS VAN LINES, INC., ET AL., Plaintiffs | ) | |
| v. | ) | No. 05-1278C (Judge Smith) |
| THE UNITED STATES, Defendant | ) | |

MOTION FOR CONFERENCE WITH JUDGE SMITH

For the reasons which follow plaintiffs' counsel respectfully request a conference call on the above-entitled matter.

Oral argument was held on January 11, 2007 and Judge Smith stated at the oral argument:

> "I don't think it will be too long before we can get a decision on the matter."

As the Court knows, this is a one issue case on the matter of liability, with the issue of the damages still to be heard. Unfortunately, the U.S. Court of Federal Claims has no authority to award interest or other charges on the money being sought by plaintiffs which was taken away by defendant by offset back in 2005.

The purpose of the conference call is to see whether there is anything that counsel can do to assist the Court in issuing a decision.

Respectfully submitted,

s/Alan F. Wohlstetter
Alan F. Wohlstetter
DENNING & WOHLSTETTER
888 Seventeenth Street, NW
Suite 700
Washington, DC 20006
Tel: (202) 833-8884
Fax: (202) 833-8886
Attorney for Plaintiffs

Stanley I. Goldman
of Counsel

Dated: October 29, 2007