# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| STEVENS VAN LINES, INC., *et al.*, | * | |
| *Plaintiffs*, | * | Case No. 05-1278C |
| v. | * | Senior Judge Smith |
| THE UNITED STATES, | * | Filed: February 8, 2008 |
| *Defendant*. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **SCHEDULES** a telephone status conference for Friday, February 15, 2008 at 4:15 p.m. to discuss the remaining litigation in this matter.

**IT IS SO ORDERED**.

s/ Loren A. Smith
Loren A. Smith
Senior Judge