# In the United States Court of Federal Claims

| | |
|---|---|
| STEVENS VAN LINES, INC., *et al.*, | |
| *Plaintiffs*, | Case No. 05-1278C |
| v. | Senior Judge Smith |
| THE UNITED STATES, | Filed: February 12, 2008 |
| *Defendant*. | |

## ORDER

The Court hereby **RESCHEDULES** the telephone status conference previously scheduled for February 15, 2008 for Wednesday, February 20, 2008, at 4:30 p.m. to discuss the remaining litigation in this matter.

**IT IS SO ORDERED**.

s/ Loren A. Smith
Loren A. Smith
Senior Judge