# In the United States Court of Federal Claims

| | | |
|---|---|---|
| STEVENS VAN LINES, INC., *et al.*, | * | |
| *Plaintiffs*, | * | Case No. 05-1278C |
| v. | * | Senior Judge Smith |
| THE UNITED STATES, | * | Filed: February 12, 2008 |
| *Defendant*. | * | |

**ORDER**

The Court hereby **RESCHEDULES** the telephone status conference previously scheduled for February 15, 2008 for Wednesday, February 20, 2008, at 4:30 p.m. to discuss the remaining litigation in this matter.

**IT IS SO ORDERED**.

s/ Loren A. Smith
Loren A. Smith
Senior Judge