# In the United States Court of Federal Claims

| | | |
|---|---|---|
| STEVENS VAN LINES, INC., *et al.*, | * | |
| *Plaintiffs*, | * | Case No. 05-1278C |
| v. | * | Senior Judge Smith |
| THE UNITED STATES, | * | Filed: February 27, 2008 |
| *Defendant*. | * | |

## ORDER

The Court hereby **SCHEDULES** a telephone status conference for Thursday, March 20, 2008 at 11:00 a.m. Prior to the status conference, the Court **DIRECTS** the parties to confer with their respective clients and then to confer with each other with regard to the possibility of settlement.

**IT IS SO ORDERED**.

s/ Loren A. Smith
Loren A. Smith
Senior Judge