# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| STEVENS VAN LINES, INC., *et al.*, | * | |
| *Plaintiffs*, | * | Case No. 05-1278C |
| v. | * | Senior Judge Smith |
| THE UNITED STATES, | * | Filed: April 1, 2008 |
| *Defendant*. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Pursuant to the status conference held on March 20, 2008, the Court hereby **DIRECTS** the parties to confer, in person, regarding possible settlement. In the event the parties cannot agree to settlement, the parties shall prepare and file a litigation schedule to include discovery deadlines, trial dates and motions schedule. The litigation schedule may be filed either jointly or separately, on or before April 7, 2008.

The Court further **SCHEDULES** a telephone status conference for Tuesday, April 8, 2008, at 11:00 a.m.

**IT IS SO ORDERED**.

s/ Loren A. Smith
Loren A. Smith
Senior Judge