IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| STEVENS VAN LINES, INC., ET AL., Plaintiffs v. THE UNITED STATES, Defendant | No. 05-1278C (Judge Smith) |

REPORT TO JUDGE LAUREN A. SMITH

Pursuant to the Judge's order issued during the telephone conference call with counsel held on March 20, 2008, I met with Courtney Sheehan, attorney for defendant in the PowerTrack litigation, which was the subject of the Court's decision issued on January 23, 2008, in which the Court determined that defendant had entered into a contract under which TSPs are entitled to be reimbursed for the PowerTrack fees which they had paid by offsets made by PowerTrack. I met with Ms. Sheehan, on Friday, April 4, 2008.

During that meeting, I submitted to Ms. Sheehan two offers of settlement. Ms. Sheehan made clear that she had no authority to enter into a settlement agreement but would pass these offers on to her client and would

advise me of its decision. Ms. Sheehan today orally communicated to me a counter-offer which I told her was unacceptable.

Since there was no agreement on settlement, Ms. Sheehan and I discussed the procedure to be followed in implementation of the Court's decision of January 23rd.

I made it clear that plaintiffs did not require any discovery since, at my request, during the period March 20 through the present, each plaintiff has submitted to me, the PowerTrack fees it has paid for which they seek reimbursement, viz. during the period October 1, 2005 through March 31, 2006 for the international procurement and November 1, 2005 through May 31, 2006 for the domestic procurement. I suggested that plaintiffs submit their claims to Ms. Sheehan at the rate of approximately five complaints per week and I suggested that defendant indicate any disagreement with the amounts plaintiffs submitted within five working days from the date of receipt of such submission. Ms. Sheehan indicated that she did not think that would give defendant enough time. As a result, the date for response will have to be fixed by the Court.

I do not visualize any substantial difference in the amounts submitted as PowerTrack fees between plaintiffs and defendant since, as I previously indicated in our Motion, dated July 11, 2007, which was granted by the

Court on August 3, 2007, that I would accept the government's figures as reflected in their payment advices.

Since no issues remain except the amount of the fees to be reimbursed, I see no reason for the filing of a formal Motion for Summary Judgment. However, Ms. Sheehan appeared to disagree. Assuming a Motion for Summary Judgment is required to be filed, I would suggest that a single motion be filed covering all plaintiffs, rather than duplicate motions be filed for each plaintiff.

Ms. Sheehan indicated that she did not know whether defendant wanted to take discovery and promised to advise me promptly as to whether discovery was required and the scope of what she needed. As of the time of filing this report, I have not heard from Ms. Sheehan in this regard.

Respectfully submitted,

s/Alan F. Wohlstetter

Alan F. Wohlstetter
Stanley I. Goldman
DENNING & WOHLSTETTER
888 Seventeenth Street, NW,
Suite 700
Washington, DC 20006
Tel: (202) 833-8884
Fax: (202) 833-8886
E-mail: awohlstetter@aol.com
Attorneys for Plaintiffs

Dated: April 7, 2008