IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| STEVENS VAN LINES, INC., et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 05-1278C |
| | ) | (Sr. Judge Smith) |
| v. | ) | |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

**PROPOSED LITIGATION SCHEDULE**

Pursuant to the Court's order dated April 1, 2008, defendant, the United States, respectfully submits the following proposed litigation schedule:

| | |
|---|---|
| Deadline for discovery: | July 8, 2008 |
| Deadline for submitting dispositive motions: | November 8, 2008 |
| Trial date: | May 12, 2009 |

Respectfully submitted,

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

/s/ Brian M. Simkin
BRIAN M. SIMKIN
Assistant Director

/s/ Courtney E. Sheehan
COURTNEY E. SHEEHAN
Trial Attorney
Department of Justice
Civil Division
Commercial Litigation Branch
1100 L St., N.W., Room 12036
Attn.: Classification Unit, 8th Floor
Washington, D.C. 20530
TEL: (202) 353-7995
FAX: (202) 514-8624
E-mail: Courtney.Sheehan@usdoj.gov

Aril 7, 2008

Attorneys for Defendant

**CERTIFICATE OF FILING**

I hereby certify that on the 7TH day of April, 2008, a copy of the foregoing "PROPOSED LITIGATION SCHEDULE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/Courtney E. Sheehan