# In the United States Court of Federal Claims

| | | |
|---|---|---|
| STEVENS VAN LINES, INC., *et al.*, | * | |
| *Plaintiffs*, | * | Case No. 05-1278C |
| v. | * | Senior Judge Smith |
| THE UNITED STATES, | * | Filed: April 8, 2008 |
| *Defendant*. | * | |

**ORDER**

Pursuant to the status conference held on April 8, 2008, the parties are to confer regarding possible settlement. In the event the parties cannot agree as to whether this matter can be settled, the Court shall enter a litigation schedule. The Court **SCHEDULES** a telephone status conference for Tuesday, April 22, 2008, at 4:30 p.m. to discuss these issues.

**IT IS SO ORDERED**.

s/ Loren A. Smith
Loren A. Smith
Senior Judge