# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

| | | |
|---|---|---|
| STEVENS VAN LINES, INC., *et al.*, | * | |
| *Plaintiffs,* | * | Case No. 05-1278C |
| v. | * | Senior Judge Smith |
| THE UNITED STATES, | * | Filed: April 22, 2008 |
| *Defendant*. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court hereby **RESCHEDULES** the telephone status conference previously set for Tuesday, April 22, 2008, at 4:30 p.m. in order for the parties to continue settlement discussions. The rescheduled telephone status conference will be held on Thursday, May 1, 2008 at 4:30 p.m.

**IT IS SO ORDERED**.

s/ Loren A. Smith
Loren A. Smith
Senior Judge